# EXHIBIT A

# PORTSMOUTH RENTAL DWELLING CODE

**CODIFIED ORDINANCES OF THE CITY OF PORTSMOUTH**

**PART THIRTEEN-BUILDING CODE**

**TITLE SEVEN—RENTAL DWELLING CODE**

**1361.01 SCOPE AND INTENT.**

This code is to protect the public health, safety and welfare of occupants in all rental dwellings as hereinafter provided by inspection and enforcement of the International Property Maintenance Code and the Codified Ordinances of the City of Portsmouth, fixing the responsibilities of owners, operators and occupants of all rental dwellings and providing for the administration of the Rental Dwelling Code.

**1361.02 RULES AND REGULATIONS.**

(A)     The Health Commissioner shall ensure the periodic inspection of rental dwellings subject to the provisions governing the issuance of a permit for the operation of such rental dwelling. Tenants or occupants shall be given a minimum of forty-eight (48) hours notice prior to an inspection; however, the forty-eight (48) hour notice may be waived by the tenant or occupant. All units shall be inspected not less than one (1) time per calendar year.

(B)     However, at the discretion of the Code Enforcement Official, only twenty-five(25) percent of units need to be inspected in a multi-unit dwelling consisting of six (6) or more units.

(C)     All inspections of the dwellings shall be conducted in accordance with the International Property Maintenance Code and the Codified Ordinances of the City of Portsmouth.

(D)     The Code Enforcement Official shall make inspections of rental dwellings pursuant to the requirements of this code or in response to a complaint that an alleged violation of the provisions of this code has been committed or when the Code Enforcement Official has a valid reason to believe that a violation of the provisions of the code exists. If upon inspection, a structure, building or dwelling unit is found in violation of this code, the Code Enforcement Official shall issue to the owner of said structure, building, or dwelling unit or his authorized agent a list of noted violations to be known as a "Notice of Violation". The owner or his authorized agent and/or the occupant(s), as appropriate, shall have a determined amount of days from the issuance of a notice of violation to correct such noted violations. The owner or agent may request and be granted a hearing with the Health Commissioner provided the request for such hearing is made within seven (7) days as specified in the "violation notice". If, after the determined amount of time specified from the issuance of a notice of violation, such noted violations have not been begun in good faith, nearly corrected or corrected, and the owner or agent have not requested a hearing with the Health Commissioner, the Code Enforcement Official shall issue an "Order to Comply". This "Order to Comply" shall list the violations initially found and not begun in good faith, nearly corrected, or corrected as

evidenced by sufficient documentation, in the notice of violation. The owner or his or her authorized agent shall have fifteen (15) days from the issuance order to correct such violations. If, after fifteen (15) days from the issuance of an "Order to Comply", such violations are not corrected, the Code Enforcement Official shall issue an order to suspend the permit to operate and/or implement the procedures for Condemnation by the Board of Health, Sec. 1311.01 of the Codified Ordinances of the City of Portsmouth. The owner or agent may appeal the suspension of their permit by requesting a hearing with the Board of Health, provided the request for such hearing is made within seven (7) days after the suspension of the permit. The tenant will be allowed to remain in the rental property during the appeal, unless the conditions were off such a significant health risk, that the property had been condemned under Sec. 1311.01 of the Codified Ordinances of the City of Portsmouth.

**1361.03  HEALTH COMMISSIONER HEARING.**
        After such hearing, prescribed in Section 1361.02 (D) herein, the Health Commissioner shall sustain, modify or withdraw the alleged violation/violations as listed on the violation notice depending upon his or her findings. Notice of the decision of the Health Commissioner shall be served on the owner or their authorized agent by certified mail or proof of mailing.

**1361.04  REINSTATEMENT.**
        A suspended permit shall be reinstated to the owner who was responsible for the rental dwelling at the time the permit to operate was suspended, when the circumstances leading to the suspension have been remedied, the condemnation has been lifted, and if applicable ordered by the Board of Health during the appeals process, provided it is the same calendar year for which the permit to operate was issued. If the conditions leading to the suspended permit are corrected in a following licensing period, the owner must apply as if for a new permit.

**1361.05  OWNER'S RIGHT OF ENTRY.**
        Every occupant of a dwelling, dwelling unit, or rooming unit shall give the owner or his or her agent or employee, access to any part of such dwelling or its premises at reasonable hours for the purpose of making such inspections, maintenance, repair or alterations as are necessary to comply with the provisions of this code subject to notification as required by state law.

**1361.06  INTRA-GOVERNMENTAL COOPERATION.**
        The Code Enforcement Official may request the assistance and cooperation of any or all city departments necessary to enforce this code.

**1361.07  RESTRICTION ON EMPLOYEES.**
        No officer or employee of the city who is charged with conducting rental property inspections shall be financially interested in the furnishing of labor, material, or appliances for the construction or alteration, or in the making of plans or specifications for or the renting of dwelling units within the city of Portsmouth, unless he or she is the owner-occupant of the same.

**1361.08  PERMIT REQUIRED.**

All residential premises within the city of Portsmouth owned for rental purposes or occupied by a party (tenant) other than the owner (landlord) for a period of more than six (6) months during any single calendar year, shall require a rental dwelling permit from the Portsmouth City Board of Health, Environmental Health Division in accordance with Ohio Revised Code 5321.01:

(A)  "Tenant" means a person entitled under a rental agreement to the use and occupancy of residential premises to the exclusion of others.

(B)  "Landlord" means the owner, lessor, or sublessor of residential premises, the agent of the owner, lessor, or sublessor, or any person authorized by the owner, lessor, or sublessor to manage the premises or to receive rent from a tenant under a rental agreement.

(C)  "Residential premises" means a dwelling unit for residential use and occupancy and the structure of which it is a part, the facilities and appurtenances in it, and the grounds, areas, and facilities for the use of tenants generally or the use of which is promised the tenant. By local definition, "Residential premises" does not include a dwelling unit that is owned or operated by a college or university. "Residential premises" does not include any of the following as well:

(1) Prisons, jails, workhouses, and other places of incarceration or correction, including, but not limited to, halfway houses or residential arrangements that are used or occupied as a requirement of a community control sanction, a post-release control sanction, or parole;

(2) Hospitals and similar institutions with the primary purpose of providing medical services, and homes licensed pursuant to Chapter 3721. of the Revised Code;

(3) Tourist homes, hotels, motels, recreational vehicle parks, recreation camps, combined park-camps, temporary park-camps, and other similar facilities where circumstances indicate a transient occupancy;

(4) Elementary and secondary boarding schools, where the cost of room and board is included as part of the cost of tuition;

(5) Orphanages and similar institutions;

(6) Farm residences furnished in connection with the rental of land of a minimum of two acres for production of agricultural products by one or more of the occupants;

(7) Dwelling units subject to Agricultural Labor Camp sections 3733.41 to 3733.49 of the Revised Code;

(8) Occupancy by an owner of a condominium unit;

(9) Occupancy in a facility licensed as an SRO facility pursuant to Chapter 3731. of the Revised Code, if the facility is owned or operated by an organization that is exempt from taxation under section 501(c)(3) of the "Internal Revenue Code of 1986," 100 Stat. 2085, 26 U.S.C.A. 501, as amended, or by an entity or group of entities in which such an organization has a controlling interest, and if either of the following applies:

(a) The occupancy is for a period of less than sixty days.

(b) The occupancy is for participation in a program operated by the facility, or by a public entity or private charitable organization pursuant to a contract with the facility, to provide either of the following:

(i) Services licensed, certified, registered, or approved by a governmental agency or private accrediting organization for the rehabilitation of mentally ill persons, developmentally disabled persons, adults or juveniles convicted of criminal offenses, or persons suffering from substance abuse;

(ii) Shelter for juvenile runaways, victims of domestic violence, or homeless persons.

(10) Emergency shelters operated by organizations exempt from federal income taxation under section 501(c)(3) of the "Internal Revenue Code of 1986," 100 Stat. 2085, 26 U.S.C.A. 501, as amended, for persons whose circumstances indicate a transient occupancy, including homeless people, victims of domestic violence, and juvenile runaways.

(11) Government agency operated unit(s) that are inspected by a Portsmouth City Health Department approved agency.

## 1361.09 APPLICATION.

(A) To obtain a rental dwelling permit, the owner of a rental dwelling as defined in this code shall apply to the Board of Health of the Portsmouth City Health District. A rental dwelling permit shall be issued by the Code Enforcement Official, if upon inspection of the rental dwelling it is determined that the rental dwelling meets the requirements of this code. Upon application for a permit, the owner of a rental dwelling may rent or lease the premises at his or her own risk, subject to subsequent approval of the permit by the Code Enforcement Official. The Code Enforcement Official shall deny the issuance of a permanent permit to any owner or operator whose structure does not, within thirty (30) days, comply with code. Any person who feels aggrieved by such denial may pursue the remedies as outlined in Section 1361.02. Upon implementation of this code, all rental dwellings operating before December 31, 2012, that file an application by the initial deadline, will receive a permit without a pre-licensing inspection.

(B) Each person or entity seeking a rental dwelling permit or a renewal of a permit shall apply on a form prescribed and furnished by the Portsmouth City Board of Health. Failure to complete in full, the required permit application, shall be grounds for denial of a permit.

(C) In the event that the property owner resides outside of Scioto County, the property owner must ensure that the Health Department has access to the property. This can be accomplished by hiring a local agent, using a friend or relative or utilizing the renter themselves.

(D) The Rental Dwelling Permit shall state the maximum number of persons who may occupy the rental dwelling as determined by this code and other ordinances of the city of Portsmouth.

**1361.10  NOTICE OF CHANGE OF OWNERSHIP**
Any person selling or otherwise relinquishing ownership or control of a rental dwelling for which a rental dwelling permit has been issued shall notify the Code Enforcement Official of said change of ownership within five (5) days of the effective date of the transfer. Such notice shall be in writing and shall include:

> (A) The name and address and phone number of the new owner.
> (B) The name and address and phone number of the previous owner.

When a rental property is sold, no refund will be issued, and the new owner will need to obtain a new permit.

**1361.10 PERMIT TRANSFER.**
        No rental dwelling permit shall be transferred to another. If there is a change of ownership, the new property owner shall procure a rental dwelling permit. The Code Enforcement Official shall issue a rental dwelling permit when the applicant submits a complete application and the Code Enforcement Official determines that the applicant meets all other requirements of this chapter and the rules adopted under it for receiving the permit.

**1361.11 TRANSFER OF OWNERSHIP.**
        It shall be unlawful for the owner of any dwelling unit or structure who has received a compliance order upon whom a notice of violation has been served to sell, transfer, mortgage, lease or otherwise dispose of to another until the provisions of the compliance order or notice of violation have been complied with, or until such owner shall first furnish the grantee, transferee, mortgagee or lessee a true copy of any compliance order or notice of violation issued by the code official and shall furnish the code official a signed and notarized statement from the grantee, mortgage, or lessee, acknowledging the receipt of such compliance order or notice of violation and fully accepting the responsibility without condition for making the corrections or repairs required by such compliance order or notice of violation.

**1361.12 EXPIRATION AND RENEWALS.**
        Every rental dwelling permit shall be renewed annually not later than thirty-first (31) day of December each year.

**1361.13 FEES.**
        (A) The Portsmouth City Board of Health shall charge fees for issuing and
             renewing rental dwelling permits.
        (B) The annual license fee for a rental dwelling permit per structure is dependent
             on the number of units in a dwelling.  A unit is defined as a separate living
             space with its own entrance, such as a duplex or an apartment building.  The
             cost of the permit per rental dwelling is as follows:

                    1 unit  = $50                    7 units =  $280

| | |
|---|---|
| 2 units (Duplex)= $80 | 8 units =  $320 |
| 3 units = $120 | 9 units =  $360 |
| 4 units = $160 | 10 units =  $400 |
| 5 units = $200 | 11 units =  $440 |
| 6 units = $240 | 12 units or more = $480 |

## 1361.14  PENALTY.

If an application is not filed with the Portsmouth City Board of Health on or before the thirty-first (31) day of December, the Board of Health shall assess a penalty. The amount of the penalty shall be twenty percent per month of the required fee.  For example, if a 3 unit rental dwelling has functioned without the required permit, the owner will accumulate a fine of thirty (30) dollars per month. If an applicant is subject to a penalty, the Code Enforcement Official shall not renew the permit until the applicant pays the penalty.

## 1361.15  DISPLAY OF PERMIT.

The landlord or his or her agent shall provide a copy of the permit at the time of the inspection or have a copy of the permit displayed in each rental unit.

## 1361.16  NOTICE TO TENANTS.

It shall be the responsibility of the owner, operator, or agent of a rental dwelling to give notice of his or her permit from the Portsmouth City Board of Health to tenants in one of the following authorized methods prior to the commencement of a rental term with said tenant:

(A) Place upon all written rental agreements the following notice: "This rental dwelling has received a permit from the Board of Health for the period of (date) to (date) for not more than (number) occupants. Be advised that both landlords and tenants have certain responsibilities to each other as set forth in the Housing Code of the City of Portsmouth, Chapter 1349, including an annual inspection by the Portsmouth City Health Department.  You will receive at least a 24 hour notice and be required to open your home t o inspection at the designated appointment time.

(B) If the rental agreement is oral, the owner, operator, or agent shall deliver to the tenant a written statement and notice as is described in paragraph (A) above before the occupant takes possession of rental dwelling.

## 1361.17  ENFORCEMENT.

The Code Enforcement Official is hereby charged with the enforcement of this Chapter, the International Property Maintenance Code, and any other chapters of the Codified Ordinances of the city of Portsmouth to ensure rental dwellings are safe, sanitary and fit for occupancy in the city of Portsmouth.

## 1361.18 VIOLATION OF RENTAL DWELLING CODE

(A) Whoever violates this section is guilty of a misdemeanor of the fourth degree.

# EXHIBIT B

## PORTSMOUTH ENFORCEMENT LETTERS



CHRISTOPHER S. SMITH, RS, MA
HEALTH COMMISSIONER

GEORGE P. PETTIT, MD
MEDICAL DIRECTOR

**CITY OF PORTSMOUTH**
**HEALTH DEPARTMENT**

605 WASHINGTON STREET
PORTSMOUTH, OH 45662

BOARD MEMBERS
MAYOR STEVE STURGILL, PRESIDENT
TIMOTHY ANGEL, PhD, *PRESIDENT PRO TEMPORE*
ELIE SAAB, MD, *VICE PRESIDENT*
GEORGE L. DAVIS III, ESQ.
APRIL KEGLEY, BSN, RN
JENNIFER LEMASTER

## RE: FAILURE TO SCHEDULE MANDATORY RENTAL INSPECTION

Dear Property Owner:

The Portsmouth City Health Department has made several attempts to contact you or your property manager to schedule your required rental dwelling inspection(s). To this date you have failed to respond to those requests to schedule an inspection.

Failure to respond to the request to schedule a rental dwelling inspection is a violation of Section 1361.02 of the Rental Dwelling Code which states: *All units shall be inspected not less than one (1) time per calendar year.*

As a result, you must contact this department by                     to schedule a rental dwelling inspection. Failure to comply with this order may result in an order to suspend the permit to operate and/or implement the procedures for **Condemnation by the Board of Health** under Section 1311.01 of the Codified Ordinances of the city of Portsmouth and possible issuance of misdemeanor citation as stated in Section 1361.08 of The Rental Dwelling Code.

If you have any questions regarding this order, please contact the Environmental Health Division at (740) 353-5153.

Sincerely,

Andre L. Gedeon, RS
Director of Environmental Health
Portsmouth City Health Department

# <u>EXHIBIT C</u>

# INSPECTION CHECKLIST

**From:** bruce.spriggs@odh.ohio.gov
**Sent:** 02/26/2014 - 01:26 PM
**To:** andrew.gedeon@portsmouthoh.org,bruce.spriggs@odh.ohio.gov
**CC:**
**Subject:** Inspection Report 1237 Kinney's Lane

See comment section



**City of Portsmouth**
**Health Department**
605 Washington Street
Portsmouth, OH 45662
(740) 353-5153

# CITY OF PORTSMOUTH RENTAL DWELLING INSPECTION CHECKLIST

Site Address: 1237 Kinney's Lane
Owner/Contact:
Phone:

Inspector: Bruce Spriggs
Building Type: Single Family
Alternate Phone:

Date: 02/20/2014
License #: RNT13-000739
Email Address:

**EXTERIOR PREMISES**
1. Accessory Structure
2. Trash/Debris, Vehicles, Etc.
3. Trees / Grass / Weeds
4. Foundation Walls, Tuckpointing
5. Exterior Walls: Paint / Siding
6. Roofs / Soffit / Fascia
7. Signage
8. Stairs / Porches / Railings
9. Window Screens
10. Exterior Doors
11. Gutters / Stormwater Runoff
12. Trash Cans / Stored
13. Street Numbers
14. Sidewalks / Driveways / Parking
15. Electric Service
16. GFCI Outlets / Lighting

**COMON EGRESS CORRIDOR**
17. Door Hardware
18. Operable Windows with Locks
19. Floors / Wall / Ceilings
20. Handrails / Steps
21. Outlets
22. Lighting / Emergency Lighting
23. Smoke Detectors
24. Fire Extinguishers

**INTERIOR**
25. Operable Windows with Locks
26. Floors / Wall / Ceilings
27. Outlets
28. Lighting
29. Smoke Detectors
30. Carbon monoxide detector

**KITCHEN / DINING**
31. Door Hardware
32. Operable Windows with Locks
33. Floors / Wall / Ceilings
34. Water Supply Lines
Fail 35. Refrigerator / Stove
36. Cabinets / Tops / Shelving
37. GFCI Outlets
Fail 38. Lighting
39. Fire Extinguisher
Fail 40. Sink / Fixtures
41. Hood Vent
42. Pest Infestation

**HALLWAYS**
43. Floors / Wall / Ceilings
44. Outlets
45. Lighting
46. Smoke Detectors

**LAUNDRY**
47. Floors / Wall / Ceilings
48. Dryer Vent
49. Washer Drain
50. Outlets
51. Lighting

**BASEMENT / MECHANICALS**
52. Floors / Wall / Ceilings
53. Damp Free
54. Handrails / Steps
55. Water Supply Lines
56. Hot Water Tank
57. Sump Pump
Fail 58. HVAC System
59. Electric Service Panel
60. GFCI Outlets
61. Smoke Detectors
62. Fire Suppression Insp

**BEDROOMS**

| | (location) | 1 | 2 | 3 |
|---|---|---|---|---|
| 63. Door Hardware | | | | |
| 64. Operable Windows with Locks | | | | |
| 65. Floors / Wall / Ceilings | | | | |
| 66. Window Size / Egress | | | | |
| 67. Room Size | | | | |
| 68. Outlets | | | | |
| 69. Lighting | | | | |
| 70. Smoke Detectors Room 1 | | | | |

**BATHROOMS**

| | (location) | 1 | 2 | 3 |
|---|---|---|---|---|
| 71. Door Hardware Room 1 | | | | |
| 72. Floors / Wall / Ceilings Room 1 | | | | |
| 73. Exhaust Fan Room 1 | Fail | | | |
| 74. Water Supply Lines Room 1 | | | | |
| 75. Sink Room 1 | | | | |
| 76. Water Closet Room 1 | | | | |
| 77. Tub / Shower Room 1 | | | | |
| 78. Cabinets / CTs Room 1 | | | | |
| 79. GFCI Outlets Room 1 | Fail | | | |
| 80. Lighting Room 1 | | | | |

**OTHER:**

**COMMENTS:**
~paint basement window frames and sills
~replace rear storm door
~rebuild/replace rear egress steps
~trim paint back door/frame
~smoke detector first level test failed; replace battery, test unit
~install smoke detectors INSIDE all bedrooms/sleeping rooms
~install exhaust fan in bath (up)
~install GFCI at bath sink

**RE-INSPECTION DATE: 09/01/2014 Time:**
**Additional Comments:**

# <u>EXHIBIT D</u>

## PORTSMOUTH ORDINANCES APPLYING TO RENTAL PROPERTIES

# CHAPTER 1319
## Property Maintenance Code

1319.01   Established.
1319.02   Vacant structures and land.
1319.03   Sanitation.
1319.04   Grading and drainage.
1319.05   Loading areas.
1319.06   Storage areas.
1319.07   Accessory structures.
1319.08   Unregistered vehicles in residential areas.
1319.09   Unregistered vehicles in nonresidential areas.
1319.10   General.
1319.11   Exterior surfaces, foundations, walls and roof.
1319.12   Foundation walls.
1319.13   Exterior walls.
1319.14   Openable windows.
1319.15   Insect screens.
1319.16   Lead-based paint.
1319.99   Penalty.

CROSS REFERENCES

Refuse accumulations - see GEN. OFF. 521.08
Sidewalk maintenance - see GEN. OFF. 521.06
Notice to fill lots, etc. - see GEN. OFF. 521.05

#### 1319.01  ESTABLISHED.

There is hereby enacted a Property Maintenance Code, with the adoption of the International Property Maintenance Code 2003, edition or as amended, for the purpose of establishing minimum standards governing the condition and maintenance of all structures and dwellings; and fixing penalties for violation.
(Ord. 2004-11.  Passed 2-23-04.)

#### 1319.02  VACANT STRUCTURES AND LAND.

All vacant structures and premises thereof or vacant land shall be maintained in a clean, safe, secure and sanitary condition as provided herein so as not to cause a blighting problem or adversely affect the public health or safety.
(Ord. 1981-12.  Passed 2-10-81.)

#### 1319.03  SANITATION.

All exterior property areas and premises shall be maintained in a clean, safe and sanitary condition free from any accumulation of rubbish or garbage.
(Ord. 1981-12.  Passed 2-10-81.)

### 1319.04 GRADING AND DRAINAGE.

(a)   Objective.  It shall be the objective of grading regulations to provide grading which will divert surface water away from buildings and dispose of such water without harmful effects on neighboring property, to preserve desirable site features and to provide grades and gradients for safe and convenient access to and around buildings and lots for their normal use and maintenance.  The final grade at the building shall not be closer than eight inches to the wood or other corrodible siding or exterior trim.

(b)   Surface Drainage.  Positive drainage shall be provided for each lot or plot by proper draining so that a nuisance will not be created.  Catch basins or properly connected under-drains shall be installed, or other approved provisions made where water may pocket, to preclude the accumulation of surface water.  Regrading shall be done so that existing natural ground drainage of the surrounding area is not impeded.

The Building Official may adopt rules or plans for the drainage of lots or plots, which rules or plans shall be followed by the owner unless permission for deviation is given by the Nuisance Board of Appeals.  When a lot or plot is graded to a higher or lower level than the natural grade on an adjacent property, the owner of such lot or plot shall provide suitable slopes or retaining walls or other protection approved by the Building Official on his own property to preserve the natural slope or surface elevation of such adjacent property.

(c)   Footing Drains.  When a floor is below the adjoining ground and subsoil conditions are such as to permit groundwater to accumulate adjacent to the foundation, footing drains shall be installed alongside the outside face of the base of the foundation.  Such drains shall be not less than four-inch diameter pipe of a type and construction to intercept and carry groundwater without permitting the infiltration of soil into the pipe.  Footing drains shall have a continuous slope of not less than one-sixteenth inch per foot, discharging into the building storm sewer or other outlet approved by the Building Official.

(d)   Backfill Over Footing Drains.  The backfill over footing drains shall be pervious material of the type, size and gradation required for the particular type of drain construction being used and shall be carried up at least eight inches over drain tile but not closer than twelve inches of the established surface grade.  The top twelve inches of the backfill shall consist of six inches of an impervious (clay) soil, topped with six inches of a clay topsoil if the surface is to be covered with lawn or shrubs.  If the surface adjacent to the foundation wall is to be paved or have some similar treatment, then the backfill near the top may be a suitable base for such construction.

(e)   Roof and Yard Drainage.  Unless otherwise specifically approved by the Building Official, roof drainage shall be handled by suitable collectors and downspouts which shall discharge into a sealed-jointed storm drain of not less than four-inch diameter with a slope of one-fourth inch or more per foot.  Where a storm sewer or other storm drainage outlet is not available, downspouts may discharge onto splash blocks or into other devices provided that no excess water will flow onto adjoining property or over sidewalks.  The storm drain outlet,

carrying roof water or yard drainage shall be not less than six-inch diameter, and shall not connect to the footing drain, but may intercept and receive the outlet of the footing drain by a wye connection above the spring line.  Connection of any pipe, carrying roof water or yard drainage to a sanitary sewer is prohibited.
(Ord. 1992-61.  Passed 6-22-92.)

### 1319.05  LOADING AREAS.

All loading areas, automobile service stations and drive-in food establishments shall be paved with bituminous, concrete or equivalent surfacing and shall be free from dirt and other litter and kept in good repair.  When lighted for nighttime use, lights shall not be permitted to cast directly upon dwellings nearby.
(Ord. 1981-12.  Passed 2-10-81.)

### 1319.06  STORAGE AREAS.

All open salvage yards and open storage areas shall be completely obscured from surrounding property by a solid screen not less than six feet in height.
(Ord. 1981-12.  Passed 2-10-81.)

### 1319.07  ACCESSORY STRUCTURES.

All accessory structures, including detached garages, fences and walls, shall be maintained structurally sound.
(Ord. 1981-12.  Passed 2-10-81.)

### 1319.08  UNREGISTERED VEHICLES IN RESIDENTIAL AREAS.

(a)     Except as provided in other regulations, not more than one currently unregistered and/or uninspected motor vehicle shall be parked on any property in a residential district, and such vehicle shall not at any time be in a state of major disassembly or disrepair, nor shall it be in the process of being stripped or dismantled.  A vehicle shall not at any time undergo major overhaul.

(b)     Nothing in this section shall be applicable to either historical vehicles or to collector's vehicles.  As used in this section, "historical vehicle" means any motor vehicle which is over twenty-five years old, and which is owned solely as a collector's item and for participation in club activities, exhibitions, tours, parades and similar uses, but in no event to be used for general transportation.

(c)     As used in this section, "collector's vehicle" means any motor vehicle which is not yet twenty-five years old, and which is owned solely as a collector's item and for participation in club activities, exhibitions, tours, parades and similar uses, but in no event to be used for general transportation.
(Ord. 1981-12.  Passed 2-10-81.)

### 1319.09  UNREGISTERED VEHICLES IN NONRESIDENTIAL AREAS.

Except as provided in other regulations and approved by the Building Officer, not more than two currently unregistered and/or uninspected motor vehicles shall be permitted on any property in a nonresidential district, and no vehicle shall at any time be in a state of major disassembly or disrepair, nor shall it be in the process of being stripped or dismantled.
(Ord. 1981-12.  Passed 2-10-81.)

### 1319.10  GENERAL.

The exterior of a structure shall be maintained structurally sound and sanitary so as not to pose a threat to the health and safety of the occupants and so as to protect the occupants from the environment.
(Ord. 1981-12.  Passed 2-10-81.)

### 1319.11  EXTERIOR SURFACES, FOUNDATIONS, WALLS AND ROOF.

Every foundation, exterior wall, roof and all other exterior surfaces shall be maintained in a workmanlike state of maintenance and repair and shall be kept in such condition as to exclude rats.
(Ord. 1981-12.  Passed 2-10-81.)

### 1319.12  FOUNDATION WALLS.

All foundation walls shall be maintained so as to carry the safe design and operating dead and live loads and shall be maintained plumb and free from open cracks and breaks, so as not to be detrimental to public safety and welfare.
(Ord. 1981-12.  Passed 2-10-81.)

### 1319.13  EXTERIOR WALLS.

Every exterior wall shall be free of holes, breaks, loose or rotting boards or timbers, and any other conditions which might admit rain or dampness to the interior portions of the walls or to the occupied spaces of the building.  All exterior surface material, including wood, composition, or metal siding, shall be maintained weatherproof and shall be properly surface coated when required to prevent deterioration.
(Ord. 1981-12.  Passed 2-10-81.)

### 1319.14  OPENABLE WINDOWS.

Every window, other than a fixed window, shall be capable of being easily opened.
(Ord. 1981-12.  Passed 2-10-81.)

### 1319.15 INSECT SCREENS.

Every door and window or other outside opening used for ventilation purposes shall be supplied with approved screening, and every swinging screen door shall have a self-closing device in good working condition, except that such screens shall not be required for areas on a floor above the fifth floor and screen doors shall not be required on nonresidential structures or structures where the doors are required to swing out as required in the Building Code.
(Ord. 1981-12. Passed 2-10-81.)

### 1319.16 LEAD-BASED PAINT.

Lead-based paint with a lead content of more than five-tenths of one percent shall not be applied to any interior or exterior surface of a dwelling, dwelling unit or child care facility, including fences and outbuildings at these locations. Existing interior and exterior painted surfaces of dwelling units and child care facilities that contain an excess of five-tenths of one percent lead shall be removed or covered with paneling or other suitable covering approved by the Building Officer.
(Ord. 1981-12. Passed 2-10-81.)

### 1319.99 PENALTY.

Whoever violates any provision of this chapter is guilty of a second degree misdemeanor.
(Ord. 1981-12. Passed 2-10-81.)

**TITLE FIVE - Housing Code.**

Chap. 1341. General Provisions.
Chap. 1343. Administration, Enforcement and Penalty.
Chap. 1345. Sanitation Facilities.
Chap. 1347. Ventilation, Light and Heating.
Chap. 1349. Space and Occupancy.
Chap. 1351. Maintenance of Structural Elements.
Chap. 1353. Cooking Equipment.
Chap. 1355. Responsibilities of Owners, Operators and Occupants.
Chap. 1361. Rental Dwelling Code.

# CHAPTER 1341
## General Provisions

**1341.01**      **Short title.**
**1341.02**      **Definitions.**
**1341.03**      **Conflict of laws; validity.**

### 1341.01 SHORT TITLE.

This Housing Code (Title Five of Part Thirteen) shall be known and may be cited as the "Minimum Housing Standards Ordinance of the City of Portsmouth".
(Ord. 1963-38. Passed 4-11-63.)

### 1341.02 DEFINITIONS.

For the purpose of this Housing Code, the following terms, phrases, words and their derivations shall have the meanings given herein. When not inconsistent with the context, words used in the present tense include the future, words in the plural number include the singular number and words in the singular number include the plural number. The word "shall" is always mandatory and not merely directory.

(a) "Approved" means approved in accordance with regulations promulgated by the codes and ordinances of the City.

(b) "Basement" means a portion of any dwelling located partly underground but having less than half of its clear floor-to-ceiling height below the average grade of the adjoining ground.

(c) "Building Code" means the Building Code of the City, being Part Thirteen of these Codified Ordinances.

(d) "Housing Inspector" means the Building Officer of the City or his authorized representative.

(e) "Cellar" means a portion of any dwelling having half or more than half of its clear floor-to-ceiling height below the average grade of the adjoining ground.

(f) "City" means the City of Portsmouth, Scioto County, Ohio.

(g)　"Dwelling" means any building or structure (except temporary housing) which is wholly or partly used or intended to be used for living or sleeping by human occupants.

(h)　"Dwelling unit" means any room or group of rooms located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for living, sleeping, cooking and eating, commonly known as an apartment.

(i)　"Extermination" means the control and elimination of insects, rodents or other pests by eliminating their living and nesting places, by removing or making inaccessible materials that may serve as their food, by poisoning, spraying, fumigating or trapping, or by any other recognized and legal pest elimination method approved by an officer of the Board of Health of the City.

(j)　"Garbage" means the animal, vegetable or mineral waste from the handling, preparation, cooking and consumption of food.

(k)　"Habitable room" means a room or enclosed floor space used or intended to be used for living, sleeping, cooking or eating purposes, excluding bathrooms, water closet compartments, laundries, foyers, pantries, communicating corridors, stairways, closets, basement recreation rooms and storage spaces.

(l)　"Infestation" means the presence, within or around a dwelling, of any insects, rodents or other pests.

(m)　"Multi-family dwelling" means any dwelling, or part thereof, containing more than two dwelling units.

(n)　"Occupant" means any person, including an owner or operator, living, sleeping, cooking or eating in or having possession or use of a dwelling unit or rooming unit.

(o)　"Openable area" means the part of a window or door which is available for unobstructed ventilation and which opens directly to the outdoors.

(p)　"Operator" means any person having charge, care, management or control of any dwelling or part of it, in which dwelling units or rooming units are let.

(q)　"Owner" means any person who, alone, jointly or severally with others, holds legal or equitable title to any dwelling, dwelling unit, rooming house or rooming unit.

(r)　"Person" means any individual, firm, partnership, association, corporation, company or organization of any kind.

(s)　"Plumbing" means and includes all of the following:  water heating facilities, water pipes, garbage disposal units, waste pipes, water closets, sinks, installed dishwashers, lavatories, bathtubs, shower baths, installed clothes washing machines, catch basins, drains, vents and other similar supplied fixtures, together with all connections to water or sewer lines.

(t)　"Plumbing Code" means the Plumbing Code of the City, being Part Thirteen - Title Three of these Codified Ordinances.

(u)　"Premises" means a lot, plot or parcel of land, including the buildings and structures thereon.

(v)　"Rooming house" means any dwelling, or part thereof containing one or more rooming units, in which space is let for compensation to three or more persons by the owner or operator, none of whom are spouse, child, parent, sister or brother.

(w)　"Rooming unit" means any room or group of rooms forming a single habitable

unit used or intended to be used for living and sleeping, but not for cooking or eating purposes.

(x)     "Supplied" means paid for, arranged for, installed, furnished or provided by the owner or operator at his expense and under his control.

(y)     "Two-family dwelling" means any dwelling containing two dwelling units.

(z)     "Yard" means all ground, lawn, court, walk, driveway or other open space constituting part of the same premises as a dwelling.

(aa)     "Housing Code" means Ordinance 1963-38, passed April 11, 1963, as amended, which is codified as Title Five of this Part Thirteen.
(Ord. 1963-38.  Passed 4-11-63.)

### 1341.03  CONFLICT OF LAWS; VALIDITY.

(a)     Where a provision of this Housing Code is found to be in conflict with a provision of any zoning, building, fire, safety or health ordinance or code of the City existing on the effective date of this Housing Code (May 11, 1963), being applicable to existing housing, the provision which establishes the higher standard for the promotion and protection of the health and safety of the people shall prevail.  Where a provision of this Housing Code is found to be in conflict with a provision of any other ordinance or code of the City existing on the effective date of this Housing Code (May 11, 1963), which establishes a lower standard for the promotion and protection of health and safety of the people, the provisions of this Housing Code shall prevail, and such other ordinances or codes are hereby declared to be repealed to the extent that they may be found to be in conflict with this Housing Code.

(b)     If any section, subsection, paragraph, sentence, clause or phrase of this Housing Code should be declared invalid for any reason whatsoever, such decision shall not effect the remaining portions of this Housing Code, which shall remain in full force and effect, and to this end the provisions of this Housing Code are hereby declared to be severable.
(Ord. 1963-38.  Passed 4-11-63.)

## CHAPTER 1343
## Administration, Enforcement and Penalty

1343.01     Duties of Housing Inspector; notice and order.
1343.02     Inspection of buildings and premises.
1343.03     Board of Housing Appeals established.
1343.04     Record of proceedings.
1343.05     Powers of the Board.
1343.06     Time for appeal.
1343.07     Hearing.
1343.08     Condemnation proceedings.
1343.09     Emergency order.
1343.10     Rooming house permit  required.
1343.99     Penalty.

CROSS REFERENCES

Enforcement of Building Code - see BLDG. 1301.03
Unsafe and unsanitary buildings - see BLDG. Ch. 1311
Housing Inspector defined - see BLDG. 1341.01(d)

**1343.01  DUTIES OF HOUSING INSPECTOR; NOTICE AND ORDER.**

It shall be the duty of the Housing Inspector to enforce the provisions of this Housing Code.  Whenever the Housing Inspector determines that there has been a violation of any provision of this Housing Code he shall give notice of such violation to the person responsible therefor and order compliance therewith, as hereinafter provided.  Such notice and order shall:

(a)    Be in writing on an appropriate form;

(b)    Include a list of violations, refer to the section of this Housing Code violated and order remedial action which, if taken, will effect compliance with this Housing Code;

(c)    Specify a reasonable time for performance;

(d)    Advise the owner, operator or occupant of the procedure for appeal;

(e)    Be served upon the owner, operator or occupant in person; provided, however, that such notice and order shall be deemed to be properly served upon such person if a copy thereof is sent by registered mail and delivered to his last known address and a copy is posted in a conspicuous place in or on the dwelling affected.

(Ord. 1963-38.  Passed 4-11-63.)

**1343.02  INSPECTION OF BUILDINGS AND PREMISES.**

The Housing Inspector or his authorized assistant is hereby authorized and directed to make inspections to determine the condition of dwellings, dwelling units, rooming houses, rooming units and premises located within the City in order that he may perform the duty of enforcing the provisions of this Housing Code.  For the purpose of making such inspections, and upon showing appropriate identification, the Housing Inspector or his authorized assistant is hereby authorized to enter, examine and survey at any reasonable hour all dwellings, dwelling units, rooming houses, rooming units and premises.  The owner or occupant of every dwelling, dwelling unit, rooming house and rooming unit, or the person in charge thereof, upon being shown proper identification, shall give the Housing Inspector or his authorized assistant free access to such dwelling, dwelling unit, rooming house or rooming unit and its premises at any reasonable hour for the purpose of such inspection, examination and survey.
(Ord. 1963-38.  Passed 4-11-63.)

**1343.03  BOARD OF HOUSING APPEALS ESTABLISHED.**

There is hereby created the Board of Housing Appeals, located in the Department of Engineering, which shall hear appeals from any person allegedly aggrieved by any order of the Housing Inspector in the enforcement of the provisions of this Housing Code.

The Board shall serve without compensation and shall consist of the Mayor, the Solicitor and the President of Council.
(Ord.  2003-27.  Passed 3-10-03.)

### 1343.04  RECORD OF PROCEEDINGS.

The Board shall determine its own rules and proceedings.  A detailed record of all proceedings had by the Board will be kept on file in the Division of Building Inspection, Department of Engineering, which record shall be open to public inspection at all times.  Such records shall be retained for at least three years before being destroyed.
(Ord.  2003-27.  Passed 3-10-03.)

### 1343.05  POWERS OF THE BOARD.

The Board of Housing Appeals shall have the power to hear and decide appeals from any order, requirement, decision or determination of the Housing Inspector or other city official which involves an interpretation or application of the provisions of this Housing Code.
(Ord.  2003-27.  Passed 3-10-03.)

### 1343.06  TIME FOR APPEAL.

Any person aggrieved by an order of the Housing Inspector may, within ten days after the issuance of such order, file an appeal with the Board.  Such appeal shall be in writing on such forms as the Board shall prescribe and shall set forth in particularity the order or ruling appealed from and the ground on which the appellant alleges it to be invalid.
(Ord. 1963-38.  Passed 4-11-63.)

### 1343.07  HEARING.

A quorum of the Board, which quorum shall consist of two members, shall hear such appeal upon written notice by the department issuing the order, on a date within thirty days after receipt of the appeal and at least two days' written notice of the hearing shall be given to the appellant.  After the hearing, the Board shall sustain, modify or withdraw the order of the Housing Inspector by majority vote, depending upon its finding as to whether the provisions of the Housing Code have been complied with, and the appellant and the Housing Inspector shall be notified in writing of such findings.

The proceedings at such hearings, including the findings and decisions of the Board and the reasons therefor, shall be summarized and reduced to writing and entered as a matter of public record in the office of the Housing Inspector.  Such record shall also include a copy of every notice and order issued in connection with the matter.
(Ord.  2003-27.  Passed 3-10-03.)

### 1343.08  CONDEMNATION PROCEEDINGS.

(a)  <u>General Provision.</u>  The designation of dwellings, dwelling units or rooming houses as unfit for human habitation and the procedure for the condemnation and placarding of such dwelling, dwelling unit or rooming house shall be carried out in compliance with the requirements set forth in this Building Code.

(b)    Dwellings Unfit for Habitation.  Any dwelling, dwelling unit or rooming house which is found to have any of the following defects shall be condemned as unfit for human habitation and shall be so designated and placarded by the Housing Inspector.

      (1)    One which is so damaged, decayed, dilapidated, unsanitary, unsafe or vermin-infested that it creates a serious hazard to the health or safety of the occupants or of the public.

      (2)    One which lacks illumination, ventilation or sanitation facilities adequate to protect the health or safety of the occupants or of the public.

      (3)    One which because of its general condition is unsanitary or otherwise dangerous to the health or safety of the occupants or of the public.

(c)    Vacation of Premises.  Any dwelling, dwelling unit or rooming house condemned as unfit for human habitation, and so designated and placarded by the Housing Inspector, shall be vacated within a reasonable time as ordered by the Housing Inspector.  If a dwelling, dwelling unit, rooming house or rooming unit is not vacated within the time specified in such vacation order, the Housing Inspector shall seek a court order in a court of competent jurisdiction for the vacation of such dwelling or part thereof.

(d)    Reoccupancy of Dwelling.  No dwelling, dwelling unit or rooming house which has been condemned and placarded as unfit for human habitation shall again be used for human habitation until written approval is secured from and such placard removed by, the Housing Inspector.  The Housing Inspector shall remove such placard whenever the defects upon which the condemnation and placarding action were based have been eliminated.

(e)    Tampering or Removing Placard.  No person shall deface or remove the placard from any dwelling, dwelling unit or rooming house which has been condemned as unfit for human habitation and placarded as such.

(f)    Hearing.  Any person affected by any notice or order relating to the condemning and placarding of a dwelling, dwelling unit, rooming house or rooming unit as unfit for human habitation may request and shall be granted a hearing on the matter before the Board of Housing Appeals under the procedure set forth in this Housing Code.
(Ord. 1963-38.  Passed 4-11-63.)

### 1343.09  EMERGENCY ORDER.

Whenever the Housing Inspector finds that an emergency exists in dwellings unfit for habitation which requires immediate action to protect the health and safety of the residents or of the public, he may issue an order reciting the existence of the emergency and requiring immediate vacation and repair or demolition as deemed necessary to meet the emergency.  Notwithstanding any other provision of this Housing Code, such order shall take effect immediately.  Any person to whom such order is directed shall comply therewith immediately.
(Ord. 1963-38.  Passed 4-11-63.)

### 1343.10  ROOMING HOUSE PERMIT REQUIRED.

No person shall operate a rooming house after June 1, 1963, unless he has a valid rooming house permit issued by the Housing Inspector in the name of the operator for the specific rooming house.  The operator shall apply to the Housing Inspector for such permit, submitting the required form and paying the required fee.  The permit shall be issued by the Housing Inspector as soon as feasible after he has an opportunity to determine that the rooming house complies with the applicable provisions of this Housing Code.  This permit shall be protected and displayed in a conspicuous place within the rooming house at all times and shall state the maximum occupancy permitted under the provisions of this Housing Code.  Every person holding such a permit shall return such permit to the Housing Inspector within ten days after having sold, transferred, given away or otherwise disposed of the ownership, interest, control or operation of any rooming house.  Every rooming house permit shall expire at the end of one year following the effective date of application unless sooner revoked as hereinafter provided.  Upon application therefor, a rooming house permit may be reissued to another operator without charge.  No permit shall be transferable from one rooming house to another.
(Ord. 1975-123.  Passed 12-23-75.)

(a)  Fee Schedule.  The permit fee shall be twenty-five dollars ($25.00) for each rooming house having less than six rooming units;  forty dollars ($40.00) for each rooming house having six to ten rooming units;  eighty dollars ($80.00) for each rooming house having eleven to twenty rooming units;  and one hundred dollars ($100.00) for each rooming house having more than twenty units.

(Ord. 1991-97.  Passed 8-13-91.)

(b)  Denial.  Any person whose application for a permit has been denied may request and shall be granted a hearing on the matter pursuant to Section 1343.03 hereof.

(c)  Rooming House Violations.  Whenever, upon inspection of any rooming house, the Housing Inspector finds that conditions or practices exist which are in violation of any provision of this Housing Code, the Housing Inspector shall give notice in writing to the operator of such rooming house pursuant to Section 1343.01 hereof.  At the end of the time period specified in the notice, the Housing Inspector shall reinspect the rooming house and if he finds that such conditions or practices have not been corrected, and if no petition for hearing has been filed, he shall give notice in writing to the operator and owner that the permit has been revoked.  Upon receipt of such notice, the operator shall immediately cease operation of such rooming house and no person shall occupy for sleeping or living purposes any rooming unit therein.

(d)  Revocation of Permit.  Any person who has received notice that his permit is to be revoked unless existing conditions or practices at the rooming house are corrected, may, within ten days after receipt of such notice, request and shall be granted a hearing upon the matter pursuant to Section 1343.03 hereof.

(Ord. 1975-123.  Passed 12-23-75.)

**1343.99 PENALTY.**

(a)     Whoever violates any provision of this Housing Code is guilty of a misdemeanor of the third degree.  Every day such violation continues shall constitute a separate offense.

(b)     Whoever fails, neglects or refuses to obey an order of the Housing Inspector as provided in Section 1343.01 hereof is guilty of a misdemeanor of the third degree.


## CHAPTER 1311
## Unsafe and Unsanitary Buildings

1311.01     **Condemnation by Board of Health.**
1311.02     **Condemnation by Fire Officials.**
1311.03     **Condemnation by City or State Officials.**
1311.04     **Fire loss insurance proceeds.**
1311.99     **Penalty.**

CROSS REFERENCES

Removal of unsafe structures - see Ohio R.C. 715.26(b), 715.261

Condemnation - see BLDG. 1343.08


**1311.01  CONDEMNATION BY BOARD OF HEALTH.**

(a)     Definitions.     For the purpose of this section the following shall apply unless the context clearly indicates or requires a different meaning.

(1)     "Board of Health" means the Board of Health of the City.

(2)     "Health Commissioner" means the Health Commissioner of the City or his duly authorized delegate or representative.

(3)     "Dwelling" means a structure all or part of which is designed for human habitation.

(4)     "Dwelling unit" means any room, group of rooms, or other interior area of a structure designed or used for human habitation.

(5)     "Occupant"  means any person who is living, sleeping, cooking, eating in, working or actually having possession of a dwelling, dwelling unit or premises.

(6)     "Owner" means any person who along, jointly or severally with others:

A.     Shall have legal title to any premises, dwelling or dwelling unit with or without accompanying actually possession thereof; or

B.     Shall have charge, care or control of any premises, dwelling or dwelling unit as owner or agent of the owner, or an executor, administrator, trustee or guardian of the estate of the owner.

C.     Any person having a legal or equitable interest in said property.

(7)     "Person" means any individual, firm, corporation, association or partnership.

(8)    "Premises"  means a tract or plot of land occupied by a building or structure of any kind or nature, as well as the entire parcel of land surrounding such buildings or structure, including but not limited to, fences, walkways, walls and appurtenances.

(b)    Inspections.  The Health Commissioner or his authorized representative is authorized to enter a dwelling, dwelling unit or any other premises and perform an inspection at any reasonable time, or at any other time agreed to by the owner, occupant or other person in charge of the dwelling, dwelling unit or premises.  If the Health Commissioner determines that a dwelling, dwelling unit or premises presents an imminent hazard, the Health Commissioner is authorized to conduct an inspection at any time.

If the owner, occupant or other person in charge of the dwelling, dwelling unit or premises fails or refuses to permit free access and entry to the dwelling, dwelling unit or premises, the Health Commissioner or his authorized representative may petition and obtain an order to inspect from the Portsmouth Municipal Court or Scioto County Court of Common Pleas.

(c)    Violation Notice.  Whenever the Health Commissioner determines that any dwelling, dwelling unit or premises are so constructed or so used that they are unsanitary, unhealthful or unsafe for occupancy, either to the occupants or to other residents of the City, the Health Commissioner shall issue a "violation notice" to the owner or person responsible for the maintenance of the dwelling, dwelling unit or premises in question.

If the violation/violations involve a dwelling, dwelling unit or premises occupied by someone other than the owner or person responsible for the violation/violations and the violation/ violations expose the occupant to an actual or suspected health hazard the occupant shall also be notified that a "violation notice" has been issued and of the potential hazard to their health.  All notices and orders under this section shall:

(1)    Be put in writing on an appropriate form.

(2)    Include a list of violations and order remedial action.

(3)    Specify a reasonable time in which to comply, giving due consideration to the immediacy of the threat to the health of the occupants.  The time given to comply shall not exceed thirty days.

(4)    Be served on the owner or other person in charge and the occupant.  Such notice and order shall be properly served on such owner, occupant or other person in charge if a copy thereof is sent by certified mail to his or her last known address or principal place of business.  If said certified letter is not accepted it will be considered served if a copy of it is posted in a conspicuous place in or on the dwelling, dwelling unit or premises in question.

(5)    Include a statement of appeal rights.

(d)    Condemnation of Premises.  If the owner or person responsible for the maintenance of dwelling, dwelling unit or premises does not correct the violation/violations in the allotted time as expressed in the violation notice, the Health Commissioner can condemn and placard the dwelling, dwelling unit or premises as unfit for human habitation.  This action shall not be taken however until subsection (e) of this section has been satisfied.

(e)    Appeals Procedure.

(1)    Any person affected by a "violation notice" as prescribed in subsection (c) of this section may request and shall be granted a hearing before the Health Commissioner, provided the request for such a hearing is made within the time limits specified in the "violation notice."

(2)    After such hearing, the Health Commissioner shall sustain, modify or withdraw the alleged violation/violations as listed on the "violation notice" depending upon his findings.  Notice of the decision of the Health Commissioner shall be served on the person by certified mail.

(3)    Any person affected by the decision of the Health Commissioner as provided in subsection (e)(2) hereof, shall be entitled to appeal the decision of the Health Commissioner to the Board of Health.  Written notice of the appeal must be filed with the Health Commissioner within five days after the affected person has been duly served by certified mail.  This notice of appeal shall state the alleged violation/violations appealed. The Board of Health shall hear the appeal at their next regular meeting, provided that no hearing shall be had sooner than five days from the date of the filing of the notice of the appeal.  Notice of the Board of Health meeting, at which the appeal is to be heard, shall be given to the appellant by certified mail at the address shown in their notice of appeal. The appellant shall be entitled to appear personally and with counsel, at the meeting of the Board of Health.  The Board of Health may, in its discretion, continue the hearing on the appeal from time to time until the hearing is completed.

(4)    The Board of Health shall modify, withdraw or sustain the order of the Health Commissioner made pursuant to subsection (e)(2) hereof.  The copy of the decision of the Board of Health shall be mailed by certified mail to the appellant at the address shown in the notice of appeal, and to his counsel of record.

(f)    Emergency Situation.  Whenever the Health Commissioner finds that an emergency exists which requires immediate action to protect the public health, he may, without advance notice or hearing, issue an order, stating the existence of such an emergency, and requiring that such action be taken as he deems necessary to meet the emergency.  Such order shall be "effective immediately."  Any person to whom such order is directed shall comply therewith immediately, but shall be advised in writing at the time of the order that, within ten days, they may petition the Health Commissioner for a hearing and shall be afforded a hearing within three working days from the date of the request.  After such hearing, depending on his findings as to whether or not an emergency condition exists, and, if so, whether the emergency condition has been abated, the Health Commissioner shall continue such order in effect or modify or revoke it.

(Ord. 1994-40.  Passed 4-25-94.)

## 1311.02  CONDEMNATION BY FIRE OFFICIALS.

Whenever the Fire Chief, the State Fire Marshal or any of their agents finds that any building used as a dwelling, for business purposes or for any other purpose within the City is unsafe for occupancy by reason of not having the necessary construction or location to make it safe against fire hazards or that the same in any measure does not comply with the City or

State regulations pertaining to fire hazards, they shall order the same condemned and removed. On an order of condemnation from any of such officials or their agents, the property shall be immediately vacated and shall not be reoccupied until the same has been repaired or rebuilt in compliance with rules and regulations regarding the repair and construction of buildings under the orders of such officials.

### 1311.03  CONDEMNATION BY CITY OR STATE OFFICIALS.

Whenever it is apparent to the City or State officials or their agents, as referred to in Sections 1311.01 and 1311.02, that a building is unsafe for tenancy by reason of its unstable condition, the officials or their agents shall condemn such building and order it vacated immediately.

### 1311.04  FIRE LOSS INSURANCE PROCEEDS.

The City is hereby authorized to utilize the procedure described in Ohio R.C. 3929.86 (C) and (D) whereby no insurance company doing business in the State shall pay a claim of a named insured for fire damage to a structure located within the City where the amount recoverable for the fire loss to the structure under all policies exceeds five thousand dollars ($5,000) unless there is compliance with the following procedures: (Ord. 1983-41.  Passed 7-10-00.)

(a)    When the loss agreed to between the named insured or insureds and the company or companies equals or exceeds sixty percent (60%) of the aggregate limits of liability on all fire policies covering the building or structure, the insurance company or companies in accordance with Ohio R.C. 715.26 (F) shall transfer from the insurance proceeds to the Fire Chief in the aggregate two thousand dollars ($2,000) for each fifteen thousand dollars ($15,000) and each fraction of that amount, of a claim, or if at the time of a proof of loss agreed to between the named insured or insureds and the insurance company or companies the named insured or insureds have submitted a contractor's signed estimate of the costs of removing, repairing or securing the building or other structure, shall transfer from the insurance proceeds the amount specified in the estimate. Such transfer of proceeds shall be on a pro rata basis by all companies insuring the building or other structure.  Policy proceeds remaining after the transfer to the City shall be disbursed in accordance with the policy terms.  The named insured or insureds may submit a contractor's signed estimate of the costs of removing, repairing or securing the building or other structure after the transfer, and the designated officer shall return the amount of the fund in excess of the estimate to the named insured or insureds, provided that the City has not commenced to remove, repair or secure the building or other structure.

At the request of the owner/insured, the Chief Building Official will inspect the property after repair/demolition and authorize the Fire Department to return the deposit to the insured.  Any subsequent inspection by the Engineer's Office or the Fire Department conducted to confirm compliance will result in a fee of one hundred fifty dollars ($150.00) charged against the insurance proceeds for each occurrence.  (Ord. 2000-78.  Passed 7-10-00.)

(b)    Upon receipt of the proceeds by the City as authorized by this section, the Fire

Chief shall place the proceeds in the City Treasury in a separate sub-fund within Special State and County Fund No. 1700.83, entitled Special State Fire Loss Insurance, to be used solely as security against the total cost of removing, repairing or securing incurred by the City pursuant to Ohio R.C. 715.261.  When transferring the funds as required in subsection (a) hereof an insurance company shall provide the City with the name and address of the named insured or insureds, whereupon the City shall contact the named insured or insureds, certify that the proceeds have been received by the City and notify them that the following procedures will be followed:

> The fund shall be returned to the named insured or insureds when repairs or removal or securing of the building or other structure have been completed and the required proof received by the designated officer, if the City has not incurred any costs for such repairs, removal or securing.  If the City has incurred any costs for repairs, removal or securing of the building or other structure, such costs shall be paid from the fund and if excess funds remain, the City of Portsmouth shall transfer the remaining funds to the named insured or insureds.  Nothing in this section shall be construed to limit the ability of a municipal corporation to recover any deficiency under Ohio R.C. 715.261.  Nothing in this subsection shall be construed to prohibit the municipal corporation and the named insured or insureds from entering into an agreement that permits the transfer of funds to the named insured or insureds if some other reasonable disposition of the damaged property has been negotiated.

(c)    The Fire Chief is hereby designated as the officer authorized to carry out the duties of this section.  The Fire Chief shall file a certified copy of this section with the Superintendent of Insurance of the State.

(Ord. 1983-41.  Passed 6-14-83.)

## 1311.99  PENALTY.

Any owner or his agent duly authorized to have supervision over any property of the owner, or any occupant of the buildings, who refuses to obey the orders of any of the officials heretofore designated or their agents, or who delays unreasonably in compliance therewith is guilty of a misdemeanor of the first degree.

Any person convicted of a second or subsequent offense under this chapter, the court shall not suspend the first five hundred dollars ($500.00) of fine, nor suspend the first thirty days of incarceration.

(Ord. 1994-40.  Passed 4-25-94.)

**CHAPTER 1313**
**Nuisances**

1313.01    Definitions.
1313.02    Inspections; notice to abate.
1313.03    Service of notice.
1313.04    Right to make immediate repairs and/or replacements.
1313.05    Hearing.
1313.06    Abatement by City; costs.
1313.07    Interpretation.
1313.08    Extermination permit.
1313.09    Cost of extermination.
1313.99    Penalty.

CROSS REFERENCES

Nuisances - see Ohio R.C. Ch. 3767
Noxious odors; filthy accumulations - see GEN. OFF. 521.09
Notice to fill lots; remove putrid substances - see GEN. OFF. 521.05
Unsafe and unsanitary buildings - see BLDG. Ch. 1311
Maintenance of structural elements of dwellings - see BLDG. Ch. 1351

**1313.01  DEFINITIONS.**

As used in this chapter:

(a)    "Public nuisance" means any fence, wall, garage, shed, house, building, structure, tree, pole, shrubbery, smokestack, excavation, basement, cellar, well, cistern or sidewalk subspace, or part thereof, which, by reason of the condition in which the same is permitted to be or remain, shall or may endanger the health, life, limb or property of, or cause any hurt, harm, inconvenience, discomfort, damage or injury to, any one or more persons in the City in any one or more of the following particulars:

(1)    By reason of being detrimental to the general health of the community;

(2)    By reason of being a fire hazard;

(3)    By reason of being unsafe for occupancy or use on, in, upon, about or around any premises; or

(4)    By reasons of continued vacancy thereby resulting in lack of reasonable or adequate maintenance of structures and grounds and causing deterioration and blighting influence on nearby properties and thereby depreciating the enjoyment and use of the property in the immediate vicinity to such an extent that it is harmful to the community in which such structure is situated.

(b)    "Owner" means an owner of record of the premises in fee or of a lesser estate therein, a mortgagee or vendee in possession, an assignee of the rents, or a receiver, executor, administrator, trustee, lessee, or other person, firm or corporation in control of

a building, or their duly authorized agents.  Any such person thus representing the owner shall be bound to comply with the provisions of this chapter to the same extent as if he were the owner.

(c)    "Vermin" means any animal, excluding human beings, with the potential of serving as a reservoir of disease or capable of causing physical injury to man.  This definition includes but is not limited to, bats, rats, mice, pigeons, cockroaches and poisonous snakes.

(d)    "Reservoir" means any animal, excluding human beings, or arthropod in which an infectious agent can live or multiply and on which it depends primarily for survival, reproducing itself in such manner that it can be transmitted to man.

(Ord. 1992-59.  Passed 6-22-92.)

## 1313.02  INSPECTIONS; NOTICE TO ABATE.

Whenever the Building Officer suspects the existence of a public nuisance in the City, he shall promptly cause to be inspected the premises on which he suspects such public nuisance to exist.  Should the Building Officer find that a public nuisance does in fact exist on, upon, about or around such premises, he shall proceed with notification as provided for in Section 1313.03.  Should the Building Officer find that a public nuisance does in fact exist on, in, upon, about or around such premises and he believes it to be a fire hazard or detrimental to community health, he shall promptly notify the Fire Chief and/or the City Board of Health or a duly authorized representative of the Board, whereupon the Fire Chief and/or an authorized representative of the Board shall cause such premises to be inspected.  Written reports of such inspection and of the finding with respect to the existence of the public nuisance shall be filed with the Building Officer.  (Ord. 1997-197.  Passed 12-22-97.)

## 1313.03  SERVICE OF NOTICE.

The notice provided for in Section 1313.02 shall be served either personally or by leaving a copy at the usual place of residence of the owner or by mailing a copy to such owner at his usual place of residence, if such place of residence is outside of Scioto County, by United States certified mail with return receipt requested.  If service of the written notice is not perfected by any of such methods, then the Building Officer shall cause such notice to be published in a newspaper of general circulation in the City once each week for two consecutive weeks and shall further cause a copy of the notice to be left with the person, if any, in possession of the premises on which it is alleged that the nuisance exists or, if there is no person in possession thereof, the Building Officer shall cause a copy of the notice to be posted on the premises.  The Building Officer shall cause a return of service in the form of an affidavit to be made by the person who served it, which affidavit shall set forth the name and address of the person served, the manner of service and the date thereof.

(Ord. 1975-27.  Passed 3-25-75.)

### 1313.04  RIGHT TO MAKE IMMEDIATE REPAIRS AND/OR REPLACEMENTS.

(a)     Upon being served notice, the owner of the premises may make immediate application in writing or in person to the Building Officer for a special building permit to undertake the repair and/or replacement of items found to constitute a public nuisance.

(b)     Adequate plans and specifications as required by the Building Officer, covering the repairs and/or replacements, shall be furnished by the owner to the Building Officer within fifteen days after receipt of the notice or such additional time as the Building Officer may deem necessary to complete plans and specifications, not to exceed ninety days.

(c)     The Building Officer shall, upon approval of the plans and specifications, cause a special building permit to be issued to the owner.  The special building permit to be issued by the Building Officer shall be for a period of thirty days and within such thirty day period the owner shall effect and complete such repairs and/or replacements, or the Building Officer may grant an extension to the special building permit if the owner shows reason or cause for the requested extension and if such extension will more readily effect the repairs and/or replacements.
(Ord. 1975-27.  Passed 3-25-75.)

### 1313.05  HEARING.

The owner of the premises may, within ten days after completion of service of the notice, make a demand in writing to the Building Officer for a hearing on the question of whether in fact a public nuisance exists.  The hearing shall be held within thirty days following receipt of the written demand and at least two days notice in writing of the hearing shall be given to the owner.  The hearing shall be conducted by a Hearing Board composed of the Mayor, the President of Council, or in his absence the Vice-President of Council, and the City Solicitor.  A majority of members of the Hearing Board must concur that a public nuisance exists before enforcement of the abatement is carried out.  A copy of the decision of the hearing officers shall be promptly served upon the owner in the manner provided for in Section 1313.03 for the service of notices.
(Ord. 2003-75.  Passed 8-11-03.)

### 1313.06  ABATEMENT BY CITY; COSTS.

(a)     Should the nuisance not be abated within the period allowed and stated on the special building permit issued by the Building Officer or within such additional time as the Hearing Board may grant, the Mayor is authorized, at any time thereafter, to enter upon the premises to abate the nuisance by demolition and removal of the structure or by taking any other such action as may be required.  No owner shall deny the Mayor or his agent the right of entry upon the premises for such purposes.

(b)     In abating the nuisance the Mayor may call upon any department of the City for whatever assistance may be necessary or may, by private contract, obtain the abatement thereof.  The cost of such private contract shall be paid for from City funds specifically authorized by Council in order to abate such public nuisance.

(c)     In abating such nuisance the Mayor may go to whatever extent is necessary to complete the abatement of the same and the cost of the abatement action shall be recovered from the owner as follows:

     (1)     The owner shall be billed directly by certified mail for the cost of the abatement.  The bill for the cost of the abatement shall be paid within sixty days after receipt of the bill.

     (2)     If the cost is not so recovered, then the City shall cause such cost to be levied as an assessment and recovered in accordance with Ohio R.C. 715.261.

     (Ord. 1975-27.  Passed 3-25-75.)

### 1313.07  INTERPRETATION.

This chapter shall not be deemed to be a limitation or restriction on the authority of any department, division, official or employee of the City but shall be deemed to be an enlargement of any authority existing by virtue of the statutes of the State or any ordinance heretofore enacted by Council.
(Ord. 1975-27.  Passed 3-25-75.)

### 1313.08  EXTERMINATION PERMIT.

Prior to the demolition of any vacant building, structure, shed, outbuilding or barn located in the City, the owner, agent, custodian or tenant desiring such demolition shall procure an extermination permit and written statement from the City Board of Health stating that such building, structure, shed, outbuilding or barn appears to be vermin-free.

Application for an extermination permit shall be made on a form prescribed and furnished by the City Board of Health and submitted to the Health Department at least fourteen days prior to the demolition of said property.  However, the Health Commissioner or his duly authorized representative shall have the authority to grant a variance to the time limit if such action does not  compromise the intention of this section.

A fee of twenty-five dollars ($25.00) shall be levied for the issuance of an extermination permit by the Board of Health to defray the cost of superintending the vermin eradication procedure and administration of the permit process.
(Ord. 1994-76.  Passed 8-22-94.)

### 1313.09  COST OF EXTERMINATION.

If the City demolishes and removes any vacant building, structure, shed, outbuilding or barn under those powers granted the City by Ohio R.C. 715.26, the costs of an extermination permit and the concomitant vermin eradication procedures shall be recovered from the owner as follows:

(a)     The owner shall be billed directly by certified mail for the cost of extermination permit and vermin eradication.  The bill shall be paid within sixty days after receipt of the bill.

(b)     If the cost is not so recovered, then the City shall cause such cost to be levied as an assessment and recovered in accordance with Ohio R.C. 715.261.

(Ord. 1983-93.  Passed 12-13-83.)

### 1313.99  PENALTY.

Whoever violates or fails to comply with Section 1313.08 is guilty of a misdemeanor of the first degree and shall be cited immediately and brought before the Municipal Court.

# <u>EXHIBIT E</u>

## RELEVANT PORTSMOUTH RENTAL LICENSING FINANCIAL STATEMENTS

## Rental Licensing Payroll FY 2013
## 271.440.5111

### Budget Amount  $

| Date | Amount | MTD | QTD | YTD | Balance |
|---|---|---|---|---|---|
| | | | | | $ 58,142.96 |
| 1/18/2013 | $ 2,054.98 | $ 2,054.98 | $ 2,054.98 | $ 2,054.98 | $ 56,087.98 |
| 2/4/2013 | $ 2,054.98 | $ 2,054.98 | $ 4,109.96 | $ 4,109.96 | $ 54,033.00 |
| 2/19/2013 | $ 2,086.35 | $ 4,141.33 | $ 6,196.31 | $ 6,196.31 | $ 51,946.65 |
| 3/4/2013 | $ 2,086.36 | $ 2,086.36 | $ 8,282.67 | $ 8,282.67 | $ 49,860.29 |
| 3/19/2013 | $ 2,086.35 | $ 4,172.71 | $ 10,369.02 | $ 10,369.02 | $ 47,773.94 |
| 4/4/2013 | $ 2,086.36 | $ 2,086.36 | $ 2,086.36 | $ 12,455.38 | $ 45,687.58 |
| 4/19/2013 | $ 2,086.35 | $ 4,172.71 | $ 4,172.71 | $ 14,541.73 | $ 43,601.23 |
| 5/3/2013 | $ 2,086.35 | $ 2,086.35 | $ 6,259.06 | $ 16,628.08 | $ 41,514.88 |
| 5/17/2013 | $ 2,086.35 | $ 4,172.70 | $ 8,345.41 | $ 18,714.43 | $ 39,428.53 |
| 6/4/2013 | $ 2,086.36 | $ 2,086.36 | $ 10,431.77 | $ 20,800.79 | $ 37,342.17 |
| 6/19/2013 | $ 2,086.35 | $ 4,172.71 | $ 12,518.12 | $ 22,887.14 | $ 35,255.82 |
| 7/3/2013 | $ 2,086.35 | $ 2,086.35 | $ 2,086.35 | $ 24,973.49 | $ 33,169.47 |
| 7/19/2013 | $ 2,086.35 | $ 4,172.70 | $ 4,172.70 | $ 27,059.84 | $ 31,083.12 |
| 8/2/2013 | $ 2,086.35 | $ 2,086.35 | $ 6,259.05 | $ 29,146.19 | $ 28,996.77 |
| 8/19/2013 | $ 3,967.08 | $ 6,053.43 | $ 10,226.13 | $ 33,113.27 | $ 25,029.69 |
| 9/4/2013 | $ 3,967.09 | $ 3,967.09 | $ 14,193.22 | $ 37,080.36 | $ 21,062.60 |
| 9/19/2013 | $ 3,967.09 | $ 7,934.18 | $ 18,160.31 | $ 41,047.45 | $ 17,095.51 |
| 10/4/2013 | $ 3,350.66 | $ 3,350.66 | $ 3,350.66 | $ 44,398.11 | $ 13,744.85 |
| 10/18/2013 | $ 1,469.92 | $ 4,820.58 | $ 4,820.58 | $ 45,868.03 | $ 12,274.93 |
| 11/4/2013 | $ 1,469.92 | $ 1,469.92 | $ 6,290.50 | $ 47,337.95 | $ 10,805.01 |
| 11/19/2013 | $ 1,469.92 | $ 2,939.84 | $ 7,760.42 | $ 48,807.87 | $ 9,335.09 |
| 12/4/2013 | $ 2,314.50 | $ 2,314.50 | $ 10,074.92 | $ 51,122.37 | $ 7,020.59 |
| 12/19/2013 | $ 1,804.50 | $ 4,119.00 | $ 11,879.42 | $ 52,926.87 | $ 5,216.09 |
| 12/31/2013 | $ 1,804.50 | $ 5,923.50 | $ 13,683.92 | $ 54,731.37 | $ 3,411.59 |

# Bruce Spriggs
# Rental Licensing Inspector

### Budget Amount  $

| Date | Amount | MTD | QTD | YTD | Balance |
|---|---|---|---|---|---|
| | | | | | $ 35,822.00 |
| 1/18/2013 | $ 1,469.92 | $ 1,469.92 | $ 1,469.92 | $ 1,469.92 | $ 34,352.08 |
| 2/4/2013 | $ 1,469.92 | $ 1,469.92 | $ 2,939.84 | $ 2,939.84 | $ 32,882.16 |
| 2/19/2013 | $ 1,469.92 | $ 2,939.84 | $ 4,409.76 | $ 4,409.76 | $ 31,412.24 |
| 3/4/2013 | $ 1,469.92 | $ 1,469.92 | $ 5,879.68 | $ 5,879.68 | $ 29,942.32 |
| 3/19/2013 | $ 1,469.92 | $ 2,939.84 | $ 7,349.60 | $ 7,349.60 | $ 28,472.40 |
| 4/4/2013 | $ 1,469.92 | $ 1,469.92 | $ 1,469.92 | $ 8,819.52 | $ 27,002.48 |
| 4/19/2013 | $ 1,469.92 | $ 2,939.84 | $ 2,939.84 | $ 10,289.44 | $ 25,532.56 |
| 5/3/2013 | $ 1,469.92 | $ 1,469.92 | $ 4,409.76 | $ 11,759.36 | $ 24,062.64 |
| 5/17/2013 | $ 1,469.92 | $ 2,939.84 | $ 5,879.68 | $ 13,229.28 | $ 22,592.72 |
| 6/4/2013 | $ 1,469.92 | $ 1,469.92 | $ 7,349.60 | $ 14,699.20 | $ 21,122.80 |
| 6/19/2013 | $ 1,469.92 | $ 2,939.84 | $ 8,819.52 | $ 16,169.12 | $ 19,652.88 |
| 7/3/2013 | $ 1,469.92 | $ 1,469.92 | $ 1,469.92 | $ 17,639.04 | $ 18,182.96 |
| 7/19/2013 | $ 1,469.92 | $ 2,939.84 | $ 2,939.84 | $ 19,108.96 | $ 16,713.04 |
| 8/2/2013 | $ 1,469.92 | $ 1,469.92 | $ 4,409.76 | $ 20,578.88 | $ 15,243.12 |
| 8/19/2013 | $ 1,469.92 | $ 2,939.84 | $ 5,879.68 | $ 22,048.80 | $ 13,773.20 |
| 9/4/2013 | $ 1,469.92 | $ 1,469.92 | $ 7,349.60 | $ 23,518.72 | $ 12,303.28 |
| 9/19/2013 | $ 1,469.92 | $ 2,939.84 | $ 8,819.52 | $ 24,988.64 | $ 10,833.36 |
| 10/4/2013 | $ 1,469.92 | $ 1,469.92 | $ 1,469.92 | $ 26,458.56 | $ 9,363.44 |
| 10/18/2013 | $ 1,469.92 | $ 2,939.84 | $ 2,939.84 | $ 27,928.48 | $ 7,893.52 |
| 11/4/2013 | $ 1,469.92 | $ 1,469.92 | $ 4,409.76 | $ 29,398.40 | $ 6,423.60 |
| 11/19/2013 | $ 1,469.92 | $ 2,939.84 | $ 5,879.68 | $ 30,868.32 | $ 4,953.68 |
| 12/4/2013 | $ 1,979.92 | $ 1,979.92 | $ 7,859.60 | $ 32,848.24 | $ 2,973.76 |
| 12/19/2013 | $ 1,469.92 | $ 3,449.84 | $ 9,329.52 | $ 34,318.16 | $ 1,503.84 |
| 12/31/2013 | $ 1,469.92 | $ 4,919.76 | $ 10,799.44 | $ 35,788.08 | $ 33.92 |

# Lou Boerger
# Rental Licensing Inspector

## Budget Amount  $

| Date | Amount | MTD | QTD | YTD | Balance |
|---|---|---|---|---|---|
|  |  |  |  |  | $ 7,522.96 |
| 1/18/2013 | $ - | $ - | $ - | $ - | $ 7,522.96 |
| 2/4/2013 | $ - | $ - | $ - | $ - | $ 7,522.96 |
| 2/19/2013 | $ - | $ - | $ - | $ - | $ 7,522.96 |
| 3/4/2013 | $ - | $ - | $ - | $ - | $ 7,522.96 |
| 3/19/2013 | $ - | $ - | $ - | $ - | $ 7,522.96 |
| 4/4/2013 | $ - | $ - | $ - | $ - | $ 7,522.96 |
| 4/19/2013 | $ - | $ - | $ - | $ - | $ 7,522.96 |
| 5/3/2013 | $ - | $ - | $ - | $ - | $ 7,522.96 |
| 5/17/2013 | $ - | $ - | $ - | $ - | $ 7,522.96 |
| 6/4/2013 | $ - | $ - | $ - | $ - | $ 7,522.96 |
| 6/19/2013 | $ - | $ - | $ - | $ - | $ 7,522.96 |
| 7/3/2013 | $ - | $ - | $ - | $ - | $ 7,522.96 |
| 7/19/2013 | $ - | $ - | $ - | $ - | $ 7,522.96 |
| 8/2/2013 | $ - | $ - | $ - | $ - | $ 7,522.96 |
| 8/19/2013 | $ 1,880.74 | $ 1,880.74 | $ 1,880.74 | $ 1,880.74 | $ 5,642.22 |
| 9/4/2013 | $ 1,880.74 | $ 1,880.74 | $ 3,761.48 | $ 3,761.48 | $ 3,761.48 |
| 9/19/2013 | $ 1,880.74 | $ 3,761.48 | $ 5,642.22 | $ 5,642.22 | $ 1,880.74 |
| 10/4/2013 | $ 1,880.74 | $ 1,880.74 | $ 1,880.74 | $ 7,522.96 | $ - |
| 10/18/2013 | $ - | $ 1,880.74 | $ 1,880.74 | $ 7,522.96 | $ - |
| 11/4/2013 | $ - | $ - | $ 1,880.74 | $ 7,522.96 | $ - |
| 11/19/2013 | $ - | $ - | $ 1,880.74 | $ 7,522.96 | $ - |
| 12/4/2013 | $ 135.95 | $ 135.95 | $ 2,016.69 | $ 7,658.91 | $ (135.95) |
| 12/19/2013 | $ 135.95 | $ 271.90 | $ 2,152.64 | $ 7,794.86 | $ (271.90) |
| 12/31/2013 | $ 135.95 | $ 407.85 | $ 2,288.59 | $ 7,930.81 | $ (407.85) |

## Helen Trapp
## Environmental Health Secretary

### Budget Amount  $

| Date | Amount | MTD | QTD | YTD | Balance |
|---|---|---|---|---|---|
| | | | | | $ 5,267.00 |
| 1/18/2013 | $ 188.03 | $ 188.03 | $ 188.03 | $ 188.03 | $ 5,078.97 |
| 2/4/2013 | $ 188.03 | $ 188.03 | $ 376.06 | $ 376.06 | $ 4,890.94 |
| 2/19/2013 | $ 219.40 | $ 407.43 | $ 595.46 | $ 595.46 | $ 4,671.54 |
| 3/4/2013 | $ 219.41 | $ 219.41 | $ 814.87 | $ 814.87 | $ 4,452.13 |
| 3/19/2013 | $ 219.40 | $ 438.81 | $ 1,034.27 | $ 1,034.27 | $ 4,232.73 |
| 4/4/2013 | $ 219.41 | $ 219.41 | $ 219.41 | $ 1,253.68 | $ 4,013.32 |
| 4/19/2013 | $ 219.40 | $ 438.81 | $ 438.81 | $ 1,473.08 | $ 3,793.92 |
| 5/3/2013 | $ 219.40 | $ 219.40 | $ 658.21 | $ 1,692.48 | $ 3,574.52 |
| 5/17/2013 | $ 219.40 | $ 438.80 | $ 877.61 | $ 1,911.88 | $ 3,355.12 |
| 6/4/2013 | $ 219.41 | $ 219.41 | $ 1,097.02 | $ 2,131.29 | $ 3,135.71 |
| 6/19/2013 | $ 219.40 | $ 438.81 | $ 1,316.42 | $ 2,350.69 | $ 2,916.31 |
| 7/3/2013 | $ 219.40 | $ 219.40 | $ 219.40 | $ 2,570.09 | $ 2,696.91 |
| 7/19/2013 | $ 219.40 | $ 438.80 | $ 438.80 | $ 2,789.49 | $ 2,477.51 |
| 8/2/2013 | $ 219.40 | $ 219.40 | $ 658.20 | $ 3,008.89 | $ 2,258.11 |
| 8/19/2013 | $ 219.39 | $ 438.79 | $ 877.59 | $ 3,228.28 | $ 2,038.72 |
| 9/4/2013 | $ 219.40 | $ 219.40 | $ 1,096.99 | $ 3,447.68 | $ 1,819.32 |
| 9/19/2013 | $ 219.40 | $ 438.80 | $ 1,316.39 | $ 3,667.08 | $ 1,599.92 |
| 10/4/2013 | $ - | $ - | $ - | $ 3,667.08 | $ 1,599.92 |
| 10/18/2013 | $ - | $ - | $ - | $ 3,667.08 | $ 1,599.92 |
| 11/4/2013 | $ - | $ - | $ - | $ 3,667.08 | $ 1,599.92 |
| 11/19/2013 | $ - | $ - | $ - | $ 3,667.08 | $ 1,599.92 |
| 12/4/2013 | $ - | $ - | $ - | $ 3,667.08 | $ 1,599.92 |
| 12/19/2013 | $ - | $ - | $ - | $ 3,667.08 | $ 1,599.92 |
| 12/31/2013 | $ - | $ - | $ - | $ 3,667.08 | $ 1,599.92 |

# Andrew Gedeon
## Environmental Health Director

### Budget Amount $

| Date | Amount | MTD | QTD | YTD | Balance |
|---|---|---|---|---|---|
| | | | | | $ 9,531.00 |
| 1/18/2013 | $ 397.03 | $ 397.03 | $ 397.03 | $ 397.03 | $ 9,133.97 |
| 2/4/2013 | $ 397.03 | $ 397.03 | $ 794.06 | $ 794.06 | $ 8,736.94 |
| 2/19/2013 | $ 397.03 | $ 794.06 | $ 1,191.09 | $ 1,191.09 | $ 8,339.91 |
| 3/4/2013 | $ 397.03 | $ 397.03 | $ 1,588.12 | $ 1,588.12 | $ 7,942.88 |
| 3/19/2013 | $ 397.03 | $ 794.06 | $ 1,985.15 | $ 1,985.15 | $ 7,545.85 |
| 4/4/2013 | $ 397.03 | $ 397.03 | $ 397.03 | $ 2,382.18 | $ 7,148.82 |
| 4/19/2013 | $ 397.03 | $ 794.06 | $ 794.06 | $ 2,779.21 | $ 6,751.79 |
| 5/3/2013 | $ 397.03 | $ 397.03 | $ 1,191.09 | $ 3,176.24 | $ 6,354.76 |
| 5/17/2013 | $ 397.03 | $ 794.06 | $ 1,588.12 | $ 3,573.27 | $ 5,957.73 |
| 6/4/2013 | $ 397.03 | $ 397.03 | $ 1,985.15 | $ 3,970.30 | $ 5,560.70 |
| 6/19/2013 | $ 397.03 | $ 794.06 | $ 2,382.18 | $ 4,367.33 | $ 5,163.67 |
| 7/3/2013 | $ 397.03 | $ 397.03 | $ 397.03 | $ 4,764.36 | $ 4,766.64 |
| 7/19/2013 | $ 397.03 | $ 794.06 | $ 794.06 | $ 5,161.39 | $ 4,369.61 |
| 8/2/2013 | $ 397.03 | $ 397.03 | $ 1,191.09 | $ 5,558.42 | $ 3,972.58 |
| 8/19/2013 | $ 397.03 | $ 794.06 | $ 1,588.12 | $ 5,955.45 | $ 3,575.55 |
| 9/4/2013 | $ 397.03 | $ 397.03 | $ 1,985.15 | $ 6,352.48 | $ 3,178.52 |
| 9/19/2013 | $ 397.03 | $ 794.06 | $ 2,382.18 | $ 6,749.51 | $ 2,781.49 |
| 10/4/2013 | $ - | $ - | $ - | $ 6,749.51 | $ 2,781.49 |
| 10/18/2013 | $ - | $ - | $ - | $ 6,749.51 | $ 2,781.49 |
| 11/4/2013 | $ - | $ - | $ - | $ 6,749.51 | $ 2,781.49 |
| 11/19/2013 | $ - | $ - | $ - | $ 6,749.51 | $ 2,781.49 |
| 12/4/2013 | $ 198.63 | $ 198.63 | $ 198.63 | $ 6,948.14 | $ 2,582.86 |
| 12/19/2013 | $ 198.63 | $ 397.26 | $ 397.26 | $ 7,146.77 | $ 2,384.23 |
| 12/31/2013 | $ 198.63 | $ 595.89 | $ 595.89 | $ 7,345.40 | $ 2,185.60 |

# RLP PERS FY2013
## 271.440.5122

Budget Amount $12,148.80

| PERS Pay Date | Pay Date | Amount | MTD | QTD | YTD | Balance |
|---|---|---|---|---|---|---|
| January 2013 | 12/19/2012 | $ - | $ - | $ - | $ - | $ 12,148.80 |
|  | 12/31/2012 | $ - | $ - | $ - | $ - | $ 12,148.80 |
| February 2013 | 1/18/2013 | $ 493.19 | $ 493.19 | $ 493.19 | $ 493.19 | $ 11,655.61 |
|  | 2/4/2013 | $ 493.19 | $ 986.38 | $ 986.38 | $ 986.38 | $ 11,162.42 |
| March 2013 | 2/19/2013 | $ 500.73 | $ 500.73 | $ 1,487.11 | $ 1,487.11 | $ 10,661.69 |
|  | 3/4/2013 | $ 500.73 | $ 1,001.46 | $ 1,987.84 | $ 1,987.84 | $ 10,160.96 |
| April 2013 | 3/19/2013 | $ 500.73 | $ 500.73 | $ 500.73 | $ 2,488.57 | $ 9,660.23 |
|  | 4/4/2013 | $ 500.73 | $ 1,001.46 | $ 1,001.46 | $ 2,989.30 | $ 9,159.50 |
| May 2013 | 4/19/2013 | $ 500.73 | $ 500.73 | $ 1,502.19 | $ 3,490.03 | $ 8,658.77 |
|  | 5/3/2013 | $ 500.73 | $ 1,001.46 | $ 2,002.92 | $ 3,990.76 | $ 8,158.04 |
| June 2013 | 5/17/2013 | $ 500.73 | $ 500.73 | $ 2,503.65 | $ 4,491.49 | $ 7,657.31 |
|  | 6/4/2013 | $ 500.73 | $ 1,001.46 | $ 3,004.38 | $ 4,992.22 | $ 7,156.58 |
| July 2013 | 6/19/2013 | $ 500.73 | $ 500.73 | $ 500.73 | $ 5,492.95 | $ 6,655.85 |
|  | 7/3/2013 | $ 500.73 | $ 1,001.46 | $ 1,001.46 | $ 5,993.68 | $ 6,155.12 |
| August 2013 | 7/19/2013 | $ 500.73 | $ 500.73 | $ 1,502.19 | $ 6,494.41 | $ 5,654.39 |
|  | 8/2/2013 | $ 500.73 | $ 1,001.46 | $ 2,002.92 | $ 6,995.14 | $ 5,153.66 |
| September 2013 | 8/19/2013 | $ 952.10 | $ 952.10 | $ 2,955.02 | $ 7,947.24 | $ 4,201.56 |
|  | 9/4/2013 | $ 952.10 | $ 1,904.20 | $ 3,907.12 | $ 8,899.34 | $ 3,249.46 |
| October 2013 | 9/19/2013 | $ 952.10 | $ 952.10 | $ 952.10 | $ 9,851.44 | $ 2,297.36 |
|  | 10/4/2013 | $ 804.16 | $ 1,756.26 | $ 1,756.26 | $ 10,655.60 | $ 1,493.20 |
| November 2013 | 10/18/2013 | $ 352.78 | $ 352.78 | $ 2,109.04 | $ 11,008.38 | $ 1,140.42 |
|  | 11/4/2013 | $ 352.78 | $ 705.56 | $ 2,461.82 | $ 11,361.16 | $ 787.64 |
| December 2013 | 11/19/2013 | $ 352.78 | $ 352.78 | $ 2,814.60 | $ 11,713.94 | $ 434.86 |
|  | 12/4/2013 | $ 555.48 | $ 908.26 | $ 3,370.08 | $ 12,269.42 | $ (120.62) |

# Bruce Spriggs
## Code Enforcement Officer

### Budget Amount  $8,597.28

| Date | Amount | MTD | QTD | YTD | Balance |
|---|---|---|---|---|---|
| | | | | | $ 8,597.28 |
| 12/19/2012 | $ - | $ - | $ - | $ - | $ 8,597.28 |
| 12/31/2012 | $ - | $ - | $ - | $ - | $ 8,597.28 |
| 1/18/2013 | $ 352.78 | $ 352.78 | $ 352.78 | $ 352.78 | $ 8,244.50 |
| 2/4/2013 | $ 352.78 | $ 352.78 | $ 705.56 | $ 705.56 | $ 7,891.72 |
| 2/19/2013 | $ 352.78 | $ 705.56 | $ 1,058.34 | $ 1,058.34 | $ 7,538.94 |
| 3/4/2013 | $ 352.78 | $ 352.78 | $ 352.78 | $ 1,411.12 | $ 7,186.16 |
| 3/19/2013 | $ 352.78 | $ 705.56 | $ 705.56 | $ 1,763.90 | $ 6,833.38 |
| 4/4/2013 | $ 352.78 | $ 352.78 | $ 1,058.34 | $ 2,116.68 | $ 6,480.60 |
| 4/19/2013 | $ 352.78 | $ 705.56 | $ 1,411.12 | $ 2,469.46 | $ 6,127.82 |
| 5/3/2013 | $ 352.78 | $ 352.78 | $ 1,763.90 | $ 2,822.24 | $ 5,775.04 |
| 5/17/2013 | $ 352.78 | $ 705.56 | $ 2,116.68 | $ 3,175.02 | $ 5,422.26 |
| 6/4/2013 | $ 352.78 | $ 352.78 | $ 352.78 | $ 3,527.80 | $ 5,069.48 |
| 6/19/2013 | $ 352.78 | $ 705.56 | $ 705.56 | $ 3,880.58 | $ 4,716.70 |
| 7/3/2013 | $ 352.78 | $ 352.78 | $ 1,058.34 | $ 4,233.36 | $ 4,363.92 |
| 7/19/2013 | $ 352.78 | $ 705.56 | $ 1,411.12 | $ 4,586.14 | $ 4,011.14 |
| 8/2/2013 | $ 352.78 | $ 352.78 | $ 1,763.90 | $ 4,938.92 | $ 3,658.36 |
| 8/19/2013 | $ 352.78 | $ 705.56 | $ 2,116.68 | $ 5,291.70 | $ 3,305.58 |
| 9/4/2013 | $ 352.78 | $ 352.78 | $ 352.78 | $ 5,644.48 | $ 2,952.80 |
| 9/19/2013 | $ 352.78 | $ 705.56 | $ 705.56 | $ 5,997.26 | $ 2,600.02 |
| 10/4/2013 | $ 352.78 | $ 352.78 | $ 1,058.34 | $ 6,350.04 | $ 2,247.24 |
| 10/18/2013 | $ 352.78 | $ 705.56 | $ 1,411.12 | $ 6,702.82 | $ 1,894.46 |
| 11/4/2013 | $ 352.78 | $ 352.78 | $ 1,763.90 | $ 7,055.60 | $ 1,541.68 |
| 11/19/2013 | $ 352.78 | $ 705.56 | $ 2,116.68 | $ 7,408.38 | $ 1,188.90 |
| 12/4/2013 | $ 475.18 | $ 1,180.74 | $ 2,591.86 | $ 7,883.56 | $ 713.72 |

# Lou Boerger
# Code Enforcement Officer

### Budget Amount

| Date | Amount | MTD | QTD | YTD | Balance |
|---|---|---|---|---|---|
| | | | | | $ - |
| 12/19/2012 | $ - | $ - | $ - | $ - | $ - |
| 12/31/2012 | $ - | $ - | $ - | $ - | $ - |
| 1/18/2013 | $ - | $ - | $ - | $ - | $ - |
| 2/4/2013 | $ - | $ - | $ - | $ - | $ - |
| 2/19/2013 | $ - | $ - | $ - | $ - | $ - |
| 3/4/2013 | $ - | $ - | $ - | $ - | $ - |
| 3/19/2013 | $ - | $ - | $ - | $ - | $ - |
| 4/4/2013 | $ - | $ - | $ - | $ - | $ - |
| 4/19/2013 | $ - | $ - | $ - | $ - | $ - |
| 5/3/2013 | $ - | $ - | $ - | $ - | $ - |
| 5/17/2013 | $ - | $ - | $ - | $ - | $ - |
| 6/4/2013 | $ - | $ - | $ - | $ - | $ - |
| 6/19/2013 | $ - | $ - | $ - | $ - | $ - |
| 7/3/2013 | $ - | $ - | $ - | $ - | $ - |
| 7/19/2013 | $ - | $ - | $ - | $ - | $ - |
| 8/2/2013 | $ - | $ - | $ - | $ - | $ - |
| 8/19/2013 | $ 451.38 | $ 451.38 | $ 451.38 | $ 451.38 | $ (451.38) |
| 9/4/2013 | $ 451.38 | $ 451.38 | $ 451.38 | $ 902.76 | $ (902.76) |
| 9/19/2013 | $ 451.38 | $ 902.76 | $ 902.76 | $ 1,354.14 | $ (1,354.14) |
| 10/4/2013 | $ 451.38 | $ 451.38 | $ 1,354.14 | $ 1,805.52 | $ (1,805.52) |
| 10/18/2013 | $ - | $ 451.38 | $ 1,354.14 | $ 1,805.52 | $ (1,805.52) |
| 11/4/2013 | $ - | $ - | $ 1,354.14 | $ 1,805.52 | $ (1,805.52) |
| 11/19/2013 | $ - | $ - | $ 1,354.14 | $ 1,805.52 | $ (1,805.52) |
| 12/4/2013 | $ 32.63 | $ 32.63 | $ 1,386.77 | $ 1,838.15 | $ (1,838.15) |

## Helen Trapp
## Vital Statistics Deputy Registrar

### Budget Amount $1,264.08

| Date | Amount | MTD | QTD | YTD | Balance |
|------|--------|-----|-----|-----|---------|
| | | | | | $ 1,264.08 |
| 12/19/2012 | $ - | $ - | $ - | $ - | $ 1,264.08 |
| 12/31/2012 | $ - | $ - | $ - | $ - | $ 1,264.08 |
| 1/18/2013 | $ 45.13 | $ 45.13 | $ 45.13 | $ 45.13 | $ 1,218.95 |
| 2/4/2013 | $ 45.13 | $ 45.13 | $ 90.26 | $ 90.26 | $ 1,173.82 |
| 2/19/2013 | $ 52.66 | $ 97.79 | $ 142.92 | $ 142.92 | $ 1,121.16 |
| 3/4/2013 | $ 52.66 | $ 52.66 | $ 52.66 | $ 195.58 | $ 1,068.50 |
| 3/19/2013 | $ 52.66 | $ 105.32 | $ 105.32 | $ 248.24 | $ 1,015.84 |
| 4/4/2013 | $ 52.66 | $ 52.66 | $ 157.98 | $ 300.90 | $ 963.18 |
| 4/19/2013 | $ 52.66 | $ 105.32 | $ 210.64 | $ 353.56 | $ 910.52 |
| 5/3/2013 | $ 52.66 | $ 52.66 | $ 263.30 | $ 406.22 | $ 857.86 |
| 5/17/2013 | $ 52.66 | $ 105.32 | $ 315.96 | $ 458.88 | $ 805.20 |
| 6/4/2013 | $ 52.66 | $ 52.66 | $ 52.66 | $ 511.54 | $ 752.54 |
| 6/19/2013 | $ 52.66 | $ 105.32 | $ 105.32 | $ 564.20 | $ 699.88 |
| 7/3/2013 | $ 52.66 | $ 52.66 | $ 157.98 | $ 616.86 | $ 647.22 |
| 7/19/2013 | $ 52.66 | $ 105.32 | $ 210.64 | $ 669.52 | $ 594.56 |
| 8/2/2013 | $ 52.66 | $ 52.66 | $ 263.30 | $ 722.18 | $ 541.90 |
| 8/19/2013 | $ 52.65 | $ 105.31 | $ 315.95 | $ 774.83 | $ 489.25 |
| 9/4/2013 | $ 52.66 | $ 52.66 | $ 52.66 | $ 827.49 | $ 436.59 |
| 9/19/2013 | $ 52.66 | $ 105.32 | $ 105.32 | $ 880.15 | $ 383.93 |
| 10/4/2013 | $ - | $ - | $ 105.32 | $ 880.15 | $ 383.93 |
| 10/18/2013 | $ - | $ - | $ 105.32 | $ 880.15 | $ 383.93 |
| 11/4/2013 | $ - | $ - | $ 105.32 | $ 880.15 | $ 383.93 |
| 11/19/2013 | $ - | $ - | $ 105.32 | $ 880.15 | $ 383.93 |
| 12/4/2013 | $ - | $ - | $ 105.32 | $ 880.15 | $ 383.93 |

**Andrew Gedeon**
**Environmental Health Director**

**Budget Amount  $2,287.44**

| Date | Amount | MTD | QTD | YTD | Balance |
|---|---|---|---|---|---|
|  |  |  |  |  | $ 2,287.44 |
| 12/19/2012 | $ - | $ - | $ - | $ - | $ 2,287.44 |
| 12/31/2012 | $ - | $ - | $ - | $ - | $ 2,287.44 |
| 1/18/2013 | $ 95.29 | $ 95.29 | $ 95.29 | $ 95.29 | $ 2,192.15 |
| 2/4/2013 | $ 95.29 | $ 95.29 | $ 190.58 | $ 190.58 | $ 2,096.86 |
| 2/19/2013 | $ 95.29 | $ 190.58 | $ 285.87 | $ 285.87 | $ 2,001.57 |
| 3/4/2013 | $ 95.29 | $ 95.29 | $ 95.29 | $ 381.16 | $ 1,906.28 |
| 3/19/2013 | $ 95.29 | $ 190.58 | $ 190.58 | $ 476.45 | $ 1,810.99 |
| 4/4/2013 | $ 95.29 | $ 95.29 | $ 285.87 | $ 571.74 | $ 1,715.70 |
| 4/19/2013 | $ 95.29 | $ 190.58 | $ 381.16 | $ 667.03 | $ 1,620.41 |
| 5/3/2013 | $ 95.29 | $ 95.29 | $ 476.45 | $ 762.32 | $ 1,525.12 |
| 5/17/2013 | $ 95.29 | $ 190.58 | $ 571.74 | $ 857.61 | $ 1,429.83 |
| 6/4/2013 | $ 95.29 | $ 95.29 | $ 95.29 | $ 952.90 | $ 1,334.54 |
| 6/19/2013 | $ 95.29 | $ 190.58 | $ 190.58 | $ 1,048.19 | $ 1,239.25 |
| 7/3/2013 | $ 95.29 | $ 95.29 | $ 285.87 | $ 1,143.48 | $ 1,143.96 |
| 7/19/2013 | $ 95.29 | $ 190.58 | $ 381.16 | $ 1,238.77 | $ 1,048.67 |
| 8/2/2013 | $ 95.29 | $ 95.29 | $ 476.45 | $ 1,334.06 | $ 953.38 |
| 8/19/2013 | $ 95.29 | $ 190.58 | $ 571.74 | $ 1,429.35 | $ 858.09 |
| 9/4/2013 | $ 95.29 | $ 95.29 | $ 95.29 | $ 1,524.64 | $ 762.80 |
| 9/19/2013 | $ 95.28 | $ 190.57 | $ 190.57 | $ 1,619.92 | $ 667.52 |
| 10/4/2013 | $ - | $ - | $ 190.57 | $ 1,619.92 | $ 667.52 |
| 10/18/2013 | $ - | $ - | $ 190.57 | $ 1,619.92 | $ 667.52 |
| 11/4/2013 | $ - | $ - | $ 190.57 | $ 1,619.92 | $ 667.52 |
| 11/19/2013 | $ - | $ - | $ 190.57 | $ 1,619.92 | $ 667.52 |
| 12/4/2013 | $ 47.67 | $ 47.67 | $ 238.24 | $ 1,667.59 | $ 619.85 |

## RLP - Hospitalization
## 271.440.5123
## FY2013

| Date | Amount | MTD | QTD | YTD |
|---|---|---|---|---|
| January 2013 | $ 2,075.63 | $ 2,075.63 | $ 2,075.63 | $ 2,075.63 |
| February 2013 | $ 2,075.63 | $ 2,075.63 | $ 4,151.26 | $ 4,151.26 |
| March 2013 | $ 2,075.63 | $ 2,075.63 | $ 6,226.89 | $ 6,226.89 |
| April 2013 | $ 2,075.63 | $ 2,075.63 | $ 2,075.63 | $ 8,302.52 |
| May 2013 | $ 2,075.63 | $ 2,075.63 | $ 4,151.26 | $ 10,378.15 |
| June 2013 | $ 2,075.63 | $ 2,075.63 | $ 6,226.89 | $ 12,453.78 |
| July 2013 | $ 3,699.53 | $ 3,699.53 | $ 3,699.53 | $ 16,153.31 |
| August 2013 | $ 3,699.53 | $ 3,699.53 | $ 7,399.06 | $ 19,852.84 |
| September 2013 | $ 1,623.90 | $ 1,623.90 | $ 9,022.96 | $ 21,476.74 |
| October 2013 | $ 1,623.90 | $ 1,623.90 | $ 1,623.90 | $ 23,100.64 |
| November 2013 | $ 1,948.68 | $ 1,948.68 | $ 3,572.58 | $ 25,049.32 |
| December 2013 | $ 1,948.68 | $ 1,948.68 | $ 5,521.26 | $ 26,998.00 |

### Bruce Spriggs
### Rental Licensing Inspector
### 271.440.5123
### FY2013

| Date | Amount | MTD | QTD | YTD |
|---|---|---|---|---|
| | | | | |
| January 2013 | $ 1,623.90 | $ 1,623.90 | $ 1,623.90 | $  1,623.90 |
| February 2013 | $ 1,623.90 | $ 1,623.90 | $ 3,247.80 | $  3,247.80 |
| March 2013 | $ 1,623.90 | $ 1,623.90 | $ 4,871.70 | $  4,871.70 |
| April 2013 | $ 1,623.90 | $ 1,623.90 | $ 1,623.90 | $  6,495.60 |
| May 2013 | $ 1,623.90 | $ 1,623.90 | $ 3,247.80 | $  8,119.50 |
| June 2013 | $ 1,623.90 | $ 1,623.90 | $ 4,871.70 | $  9,743.40 |
| July 2013 | $ 1,623.90 | $ 1,623.90 | $ 1,623.90 | $ 11,367.30 |
| August 2013 | $ 1,623.90 | $ 1,623.90 | $ 3,247.80 | $ 12,991.20 |
| September 2013 | $ 1,623.90 | $ 1,623.90 | $ 4,871.70 | $ 14,615.10 |
| October 2013 | $ 1,623.90 | $ 1,623.90 | $ 1,623.90 | $ 16,239.00 |
| November 2013 | $ 1,623.90 | $ 1,623.90 | $ 3,247.80 | $ 17,862.90 |
| December 2013 | $ 1,623.90 | $ 1,623.90 | $ 4,871.70 | $ 19,486.80 |

## Lou Boerger
## Rental Licensing Inspector
## 271.440.5123
## FY2013

| Date | Amount | MTD | QTD | YTD |
|---|---|---|---|---|
| | | | | |
| January 2013 | $ - | $ - | $ - | $ - |
| February 2013 | $ - | $ - | $ - | $ - |
| March 2013 | $ - | $ - | $ - | $ - |
| April 2013 | $ - | $ - | $ - | $ - |
| May 2013 | $ - | $ - | $ - | $ - |
| June 2013 | $ - | $ - | $ - | $ - |
| July 2013 | $ 1,623.90 | $ 1,623.90 | $ 1,623.90 | $ 1,623.90 |
| August 2013 | $ 1,623.90 | $ 1,623.90 | $ 3,247.80 | $ 3,247.80 |
| September 2013 | $ - | $ - | $ 3,247.80 | $ 3,247.80 |
| October 2013 | $ - | $ - | $ - | $ 3,247.80 |
| November 2013 | $ 162.39 | $ 162.39 | $ 162.39 | $ 3,410.19 |
| December 2013 | $ 162.39 | $ 162.39 | $ 324.78 | $ 3,572.58 |

**Helen Trapp**
**Env. Health Secretary**
**271.440.5123**
**FY2013**

| Date | Amount | MTD | QTD | YTD |
|---|---|---|---|---|
|  |  |  |  |  |
| January 2013 | $ 126.95 | $ 126.95 | $ 126.95 | $ 126.95 |
| February 2013 | $ 126.95 | $ 126.95 | $ 253.90 | $ 253.90 |
| March 2013 | $ 126.95 | $ 126.95 | $ 380.85 | $ 380.85 |
| April 2013 | $ 126.95 | $ 126.95 | $ 126.95 | $ 507.80 |
| May 2013 | $ 126.95 | $ 126.95 | $ 253.90 | $ 634.75 |
| June 2013 | $ 126.95 | $ 126.95 | $ 380.85 | $ 761.70 |
| July 2013 | $ 126.95 | $ 126.95 | $ 126.95 | $ 888.65 |
| August 2013 | $ 126.95 | $ 126.95 | $ 253.90 | $ 1,015.60 |
| September 2013 | $ - | $ - | $ 253.90 | $ 1,015.60 |
| October 2013 | $ - | $ - | $ - | $ 1,015.60 |
| November 2013 | $ - | $ - | $ - | $ 1,015.60 |
| December 2013 | $ - | $ - | $ - | $ 1,015.60 |

**Andy Gedeon**
**Environmental Health Director**
**271.440.5123**
**FY2013**

| Date | Amount | MTD | QTD | YTD |
|---|---|---|---|---|
| January 2013 | $ 324.78 | $ 324.78 | $ 324.78 | $ 324.78 |
| February 2013 | $ 324.78 | $ 324.78 | $ 649.56 | $ 649.56 |
| March 2013 | $ 324.78 | $ 324.78 | $ 974.34 | $ 974.34 |
| April 2013 | $ 324.78 | $ 324.78 | $ 324.78 | $ 1,299.12 |
| May 2013 | $ 324.78 | $ 324.78 | $ 649.56 | $ 1,623.90 |
| June 2013 | $ 324.78 | $ 324.78 | $ 974.34 | $ 1,948.68 |
| July 2013 | $ 324.78 | $ 324.78 | $ 324.78 | $ 2,273.46 |
| August 2013 | $ 324.78 | $ 324.78 | $ 649.56 | $ 2,598.24 |
| September 2013 | $ - | $ - | $ 649.56 | $ 2,598.24 |
| October 2013 | $ - | $ - | $ - | $ 2,598.24 |
| November 2013 | $ 162.39 | $ 162.39 | $ 162.39 | $ 2,760.63 |
| December 2013 | $ 162.39 | $ 162.39 | $ 324.78 | $ 2,923.02 |

**RLP - Life Insurance**
**271.440.5124**
**FY2013**

| Date | Amount | MTD | QTD | YTD |
|---|---|---|---|---|
| January 2013 | $ 10.50 | $ 10.50 | $ 10.50 | $ 10.50 |
| February 2013 | $ 10.50 | $ 10.50 | $ 21.00 | $ 21.00 |
| March 2013 | $ 10.50 | $ 10.50 | $ 31.50 | $ 31.50 |
| April 2013 | $ 10.50 | $ 10.50 | $ 10.50 | $ 42.00 |
| May 2013 | $ 10.50 | $ 10.50 | $ 21.00 | $ 52.50 |
| June 2013 | $ 10.50 | $ 10.50 | $ 31.50 | $ 63.00 |
| July 2013 | $ 18.00 | $ 18.00 | $ 18.00 | $ 81.00 |
| August 2013 | $ 18.00 | $ 18.00 | $ 36.00 | $ 99.00 |
| September 2013 | $ 7.50 | $ 7.50 | $ 43.50 | $ 106.50 |
| October 2013 | $ 7.50 | $ 7.50 | $ 7.50 | $ 114.00 |
| November 2013 | $ 9.00 | $ 9.00 | $ 16.50 | $ 123.00 |
| December 2013 | $ 9.00 | $ 9.00 | $ 25.50 | $ 132.00 |

**Bruce Spriggs**
**Rental Licensing Inspector**
**271.440.5124**
**FY2013**

| Date | Amount | MTD | QTD | YTD |
|---|---|---|---|---|
| | | | | |
| January 2013 | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 |
| February 2013 | $ 7.50 | $ 7.50 | $ 15.00 | $ 15.00 |
| March 2013 | $ 7.50 | $ 7.50 | $ 22.50 | $ 22.50 |
| April 2013 | $ 7.50 | $ 7.50 | $ 7.50 | $ 30.00 |
| May 2013 | $ 7.50 | $ 7.50 | $ 15.00 | $ 37.50 |
| June 2013 | $ 7.50 | $ 7.50 | $ 22.50 | $ 45.00 |
| July 2013 | $ 7.50 | $ 7.50 | $ 7.50 | $ 52.50 |
| August 2013 | $ 7.50 | $ 7.50 | $ 15.00 | $ 60.00 |
| September 2013 | $ 7.50 | $ 7.50 | $ 22.50 | $ 67.50 |
| October 2013 | $ 7.50 | $ 7.50 | $ 7.50 | $ 75.00 |
| November 2013 | $ 7.50 | $ 7.50 | $ 15.00 | $ 82.50 |
| December 2013 | $ 7.50 | $ 7.50 | $ 22.50 | $ 90.00 |

**Lou Boerger**
**Rental Licensing Inspector**
**271.440.5124**
**FY2013**

| Date | Amount | MTD | QTD | YTD |
|---|---|---|---|---|
| January 2013 | $ - | $ - | $ - | $ - |
| February 2013 | $ - | $ - | $ - | $ - |
| March 2013 | $ - | $ - | $ - | $ - |
| April 2013 | $ - | $ - | $ - | $ - |
| May 2013 | $ - | $ - | $ - | $ - |
| June 2013 | $ - | $ - | $ - | $ - |
| July 2013 | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 |
| August 2013 | $ 7.50 | $ 7.50 | $ 15.00 | $ 15.00 |
| September 2013 | $ - | $ - | $ 15.00 | $ 15.00 |
| October 2013 | $ - | $ - | $ - | $ 15.00 |
| November 2013 | $ 0.75 | $ 0.75 | $ 0.75 | $ 15.75 |
| December 2013 | $ 0.75 | $ 0.75 | $ 1.50 | $ 16.50 |

# Helen Trapp
## Env. Health Secretary
## 271.440.5124
## FY2013

| Date | Amount | MTD | QTD | YTD |
|---|---|---|---|---|
| January 2013 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 |
| February 2013 | $ 1.50 | $ 1.50 | $ 3.00 | $ 3.00 |
| March 2013 | $ 1.50 | $ 1.50 | $ 4.50 | $ 4.50 |
| April 2013 | $ 1.50 | $ 1.50 | $ 1.50 | $ 6.00 |
| May 2013 | $ 1.50 | $ 1.50 | $ 3.00 | $ 7.50 |
| June 2013 | $ 1.50 | $ 1.50 | $ 4.50 | $ 9.00 |
| July 2013 | $ 1.50 | $ 1.50 | $ 1.50 | $ 10.50 |
| August 2013 | $ 1.50 | $ 1.50 | $ 3.00 | $ 12.00 |
| September 2013 | $ - | $ - | $ 3.00 | $ 12.00 |
| October 2013 | $ - | $ - | $ - | $ 12.00 |
| November 2013 | $ - | $ - | $ - | $ 12.00 |
| December 2013 | $ - | $ - | $ - | $ 12.00 |

**Andy Gedeon**
**Environmental Health Director**
**271.440.5124**
**FY2013**

| Date | Amount | MTD | QTD | YTD |
|---|---|---|---|---|
| January 2013 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 |
| February 2013 | $ 1.50 | $ 1.50 | $ 3.00 | $ 3.00 |
| March 2013 | $ 1.50 | $ 1.50 | $ 4.50 | $ 4.50 |
| April 2013 | $ 1.50 | $ 1.50 | $ 1.50 | $ 6.00 |
| May 2013 | $ 1.50 | $ 1.50 | $ 3.00 | $ 7.50 |
| June 2013 | $ 1.50 | $ 1.50 | $ 4.50 | $ 9.00 |
| July 2013 | $ 1.50 | $ 1.50 | $ 1.50 | $ 10.50 |
| August 2013 | $ 1.50 | $ 1.50 | $ 3.00 | $ 12.00 |
| September 2013 | $ - | $ - | $ 3.00 | $ 12.00 |
| October 2013 | $ - | $ - | $ - | $ 12.00 |
| November 2013 | $ 0.75 | $ 0.75 | $ 0.75 | $ 12.75 |
| December 2013 | $ 0.75 | $ 0.75 | $ 1.50 | $ 13.50 |

## Rental Licensing Medicare FY2013
## 271.440.5126

### Budget Amount  $

| Date | Amount | | MTD | | QTD | | YTD | | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ | 712.24 |
| 1/18/2013 | $ | 28.88 | $ | 28.88 | $ | 28.88 | $ | 28.88 | $ | 683.36 |
| 2/4/2013 | $ | 28.88 | $ | 28.88 | $ | 57.76 | $ | 57.76 | $ | 654.48 |
| 2/19/2013 | $ | 29.34 | $ | 58.22 | $ | 87.10 | $ | 87.10 | $ | 625.14 |
| 3/4/2013 | $ | 29.34 | $ | 29.34 | $ | 116.44 | $ | 116.44 | $ | 595.80 |
| 3/19/2013 | $ | 29.34 | $ | 58.68 | $ | 145.78 | $ | 145.78 | $ | 566.46 |
| 4/4/2013 | $ | 29.34 | $ | 29.34 | $ | 29.34 | $ | 175.12 | $ | 537.12 |
| 4/19/2013 | $ | 29.34 | $ | 58.68 | $ | 58.68 | $ | 204.46 | $ | 507.78 |
| 5/3/2013 | $ | 29.34 | $ | 29.34 | $ | 88.02 | $ | 233.80 | $ | 478.44 |
| 5/17/2013 | $ | 29.34 | $ | 58.68 | $ | 117.36 | $ | 263.14 | $ | 449.10 |
| 6/4/2013 | $ | 29.34 | $ | 29.34 | $ | 146.70 | $ | 292.48 | $ | 419.76 |
| 6/19/2013 | $ | 29.34 | $ | 58.68 | $ | 176.04 | $ | 321.82 | $ | 390.42 |
| 7/3/2013 | $ | 29.34 | $ | 29.34 | $ | 29.34 | $ | 351.16 | $ | 361.08 |
| 7/19/2013 | $ | 29.34 | $ | 58.68 | $ | 58.68 | $ | 380.50 | $ | 331.74 |
| 8/2/2013 | $ | 29.34 | $ | 29.34 | $ | 88.02 | $ | 409.84 | $ | 302.40 |
| 8/19/2013 | $ | 56.25 | $ | 85.59 | $ | 144.27 | $ | 466.09 | $ | 246.15 |
| 9/4/2013 | $ | 56.25 | $ | 56.25 | $ | 200.52 | $ | 522.34 | $ | 189.90 |
| 9/19/2013 | $ | 56.25 | $ | 112.50 | $ | 256.77 | $ | 578.59 | $ | 133.65 |
| 10/4/2013 | $ | 47.86 | $ | 47.86 | $ | 47.86 | $ | 626.45 | $ | 85.79 |
| 10/18/2013 | $ | 20.95 | $ | 68.81 | $ | 68.81 | $ | 647.40 | $ | 64.84 |
| 11/4/2013 | $ | 20.95 | $ | 20.95 | $ | 89.76 | $ | 668.35 | $ | 43.89 |
| 11/19/2013 | $ | 20.95 | $ | 41.90 | $ | 110.71 | $ | 689.30 | $ | 22.94 |
| 12/4/2013 | $ | 32.48 | $ | 32.48 | $ | 143.19 | $ | 721.78 | $ | (9.54) |
| 12/19/2013 | $ | 25.08 | $ | 57.56 | $ | 168.27 | $ | 746.86 | $ | (34.62) |
| 12/31/2013 | $ | 25.08 | $ | 82.64 | $ | 193.35 | $ | 771.94 | $ | (59.70) |

## Bruce Spriggs
## Rental Licensing Inspector

### Budget Amount $

| Date | Amount | MTD | QTD | YTD | Balance |
|------|--------|-----|-----|-----|---------|
| | | | | | $ 510.72 |
| 1/18/2013 | $ 20.95 | $ 20.95 | $ 20.95 | $ 20.95 | $ 489.77 |
| 2/4/2013 | $ 20.95 | $ 20.95 | $ 41.90 | $ 41.90 | $ 468.82 |
| 2/19/2013 | $ 20.95 | $ 41.90 | $ 62.85 | $ 62.85 | $ 447.87 |
| 3/4/2013 | $ 20.95 | $ 20.95 | $ 83.80 | $ 83.80 | $ 426.92 |
| 3/19/2013 | $ 20.95 | $ 41.90 | $ 104.75 | $ 104.75 | $ 405.97 |
| 4/4/2013 | $ 20.95 | $ 20.95 | $ 20.95 | $ 125.70 | $ 385.02 |
| 4/19/2013 | $ 20.95 | $ 41.90 | $ 41.90 | $ 146.65 | $ 364.07 |
| 5/3/2013 | $ 20.95 | $ 20.95 | $ 62.85 | $ 167.60 | $ 343.12 |
| 5/17/2013 | $ 20.95 | $ 41.90 | $ 83.80 | $ 188.55 | $ 322.17 |
| 6/4/2013 | $ 20.95 | $ 20.95 | $ 104.75 | $ 209.50 | $ 301.22 |
| 6/19/2013 | $ 20.95 | $ 41.90 | $ 125.70 | $ 230.45 | $ 280.27 |
| 7/3/2013 | $ 20.95 | $ 20.95 | $ 20.95 | $ 251.40 | $ 259.32 |
| 7/19/2013 | $ 20.95 | $ 41.90 | $ 41.90 | $ 272.35 | $ 238.37 |
| 8/2/2013 | $ 20.95 | $ 20.95 | $ 62.85 | $ 293.30 | $ 217.42 |
| 8/19/2013 | $ 20.95 | $ 41.90 | $ 83.80 | $ 314.25 | $ 196.47 |
| 9/4/2013 | $ 20.95 | $ 20.95 | $ 104.75 | $ 335.20 | $ 175.52 |
| 9/19/2013 | $ 20.95 | $ 41.90 | $ 125.70 | $ 356.15 | $ 154.57 |
| 10/4/2013 | $ 20.95 | $ 20.95 | $ 20.95 | $ 377.10 | $ 133.62 |
| 10/18/2013 | $ 20.95 | $ 41.90 | $ 41.90 | $ 398.05 | $ 112.67 |
| 11/4/2013 | $ 20.95 | $ 20.95 | $ 62.85 | $ 419.00 | $ 91.72 |
| 11/19/2013 | $ 20.95 | $ 41.90 | $ 83.80 | $ 439.95 | $ 70.77 |
| 12/4/2013 | $ 28.35 | $ 28.35 | $ 112.15 | $ 468.30 | $ 42.42 |
| 12/19/2013 | $ 20.95 | $ 49.30 | $ 133.10 | $ 489.25 | $ 21.47 |
| 12/31/2013 | $ 20.95 | $ 70.25 | $ 154.05 | $ 510.20 | $ 0.52 |

## Lou Boerger
## Rental Licensing Inspector

### Budget Amount  $

| Date | Amount | | MTD | | QTD | | YTD | | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ | 510.72 |
| 1/18/2013 | $ | - | $ | - | $ | - | $ | - | $ | 510.72 |
| 2/4/2013 | $ | - | $ | - | $ | - | $ | - | $ | 510.72 |
| 2/19/2013 | $ | - | $ | - | $ | - | $ | - | $ | 510.72 |
| 3/4/2013 | $ | - | $ | - | $ | - | $ | - | $ | 510.72 |
| 3/19/2013 | $ | - | $ | - | $ | - | $ | - | $ | 510.72 |
| 4/4/2013 | $ | - | $ | - | $ | - | $ | - | $ | 510.72 |
| 4/19/2013 | $ | - | $ | - | $ | - | $ | - | $ | 510.72 |
| 5/3/2013 | $ | - | $ | - | $ | - | $ | - | $ | 510.72 |
| 5/17/2013 | $ | - | $ | - | $ | - | $ | - | $ | 510.72 |
| 6/4/2013 | $ | - | $ | - | $ | - | $ | - | $ | 510.72 |
| 6/19/2013 | $ | - | $ | - | $ | - | $ | - | $ | 510.72 |
| 7/3/2013 | $ | - | $ | - | $ | - | $ | - | $ | 510.72 |
| 7/19/2013 | $ | - | $ | - | $ | - | $ | - | $ | 510.72 |
| 8/2/2013 | $ | - | $ | - | $ | - | $ | - | $ | 510.72 |
| 8/19/2013 | $ | 26.91 | $ | 26.91 | $ | 26.91 | $ | 26.91 | $ | 483.81 |
| 9/4/2013 | $ | 26.91 | $ | 26.91 | $ | 53.82 | $ | 53.82 | $ | 456.90 |
| 9/19/2013 | $ | 26.91 | $ | 53.82 | $ | 80.73 | $ | 80.73 | $ | 429.99 |
| 10/4/2013 | $ | 26.91 | $ | 26.91 | $ | 26.91 | $ | 107.64 | $ | 403.08 |
| 10/18/2013 | $ | - | $ | 26.91 | $ | 26.91 | $ | 107.64 | $ | 403.08 |
| 11/4/2013 | $ | - | $ | - | $ | 26.91 | $ | 107.64 | $ | 403.08 |
| 11/19/2013 | $ | - | $ | - | $ | 26.91 | $ | 107.64 | $ | 403.08 |
| 12/4/2013 | $ | 1.61 | $ | 1.61 | $ | 28.52 | $ | 109.25 | $ | 401.47 |
| 12/19/2013 | $ | 1.61 | $ | 3.22 | $ | 30.13 | $ | 110.86 | $ | 399.86 |
| 12/31/2013 | $ | 1.61 | $ | 4.83 | $ | 31.74 | $ | 112.47 | $ | 398.25 |

# Helen Trapp
# Environmental Health Secretary

### Budget Amount  $

| Date | Amount | | MTD | | QTD | | YTD | | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ | 72.02 |
| 1/18/2013 | $ | 2.55 | $ | 2.55 | $ | 2.55 | $ | 2.55 | $ | 69.47 |
| 2/4/2013 | $ | 2.55 | $ | 2.55 | $ | 5.10 | $ | 5.10 | $ | 66.92 |
| 2/19/2013 | $ | 3.00 | $ | 5.55 | $ | 8.10 | $ | 8.10 | $ | 63.92 |
| 3/4/2013 | $ | 3.00 | $ | 3.00 | $ | 11.10 | $ | 11.10 | $ | 60.92 |
| 3/19/2013 | $ | 3.00 | $ | 6.00 | $ | 14.10 | $ | 14.10 | $ | 57.92 |
| 4/4/2013 | $ | 3.00 | $ | 3.00 | $ | 3.00 | | 17.10 | $ | 54.92 |
| 4/19/2013 | $ | 3.00 | $ | 6.00 | $ | 6.00 | $ | 20.10 | $ | 51.92 |
| 5/3/2013 | $ | 3.00 | $ | 3.00 | $ | 9.00 | $ | 23.10 | $ | 48.92 |
| 5/17/2013 | $ | 3.00 | $ | 6.00 | $ | 12.00 | $ | 26.10 | $ | 45.92 |
| 6/4/2013 | $ | 3.00 | $ | 3.00 | $ | 15.00 | $ | 29.10 | $ | 42.92 |
| 6/19/2013 | $ | 3.00 | $ | 6.00 | $ | 18.00 | $ | 32.10 | $ | 39.92 |
| 7/3/2013 | $ | 3.00 | $ | 3.00 | $ | 3.00 | $ | 35.10 | $ | 36.92 |
| 7/19/2013 | $ | 3.00 | $ | 6.00 | $ | 6.00 | $ | 38.10 | $ | 33.92 |
| 8/2/2013 | $ | 3.00 | $ | 3.00 | $ | 9.00 | $ | 41.10 | $ | 30.92 |
| 8/19/2013 | $ | 3.00 | $ | 6.00 | $ | 12.00 | $ | 44.10 | $ | 27.92 |
| 9/4/2013 | $ | 3.00 | $ | 3.00 | $ | 15.00 | $ | 47.10 | $ | 24.92 |
| 9/19/2013 | $ | 3.00 | $ | 6.00 | $ | 18.00 | $ | 50.10 | $ | 21.92 |
| 10/4/2013 | $ | - | $ | - | $ | - | $ | 50.10 | $ | 21.92 |
| 10/18/2013 | $ | - | $ | - | $ | - | $ | 50.10 | $ | 21.92 |
| 11/4/2013 | $ | - | $ | - | $ | - | $ | 50.10 | $ | 21.92 |
| 11/19/2013 | $ | - | $ | - | $ | - | $ | 50.10 | $ | 21.92 |
| 12/4/2013 | $ | - | $ | - | $ | - | $ | 50.10 | $ | 21.92 |
| 12/19/2013 | $ | - | $ | - | $ | - | $ | 50.10 | $ | 21.92 |
| 12/31/2013 | $ | - | $ | - | $ | - | $ | 50.10 | $ | 21.92 |

# Andrew Gedeon
# Environmental Health Director

### Budget Amount  $

| Date | Amount | | MTD | | QTD | | YTD | | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ | 129.50 |
| 1/18/2013 | $ | 5.39 | $ | 5.39 | $ | 5.39 | $ | 5.39 | $ | 124.11 |
| 2/4/2013 | $ | 5.39 | $ | 5.39 | $ | 10.78 | $ | 10.78 | $ | 118.72 |
| 2/19/2013 | $ | 5.39 | $ | 10.78 | $ | 16.17 | $ | 16.17 | $ | 113.33 |
| 3/4/2013 | $ | 5.39 | $ | 5.39 | $ | 21.56 | $ | 21.56 | $ | 107.94 |
| 3/19/2013 | $ | 5.39 | $ | 10.78 | $ | 26.95 | $ | 26.95 | $ | 102.55 |
| 4/4/2013 | $ | 5.39 | $ | 5.39 | $ | 5.39 | $ | 32.34 | $ | 97.16 |
| 4/19/2013 | $ | 5.39 | $ | 10.78 | $ | 10.78 | $ | 37.73 | $ | 91.77 |
| 5/3/2013 | $ | 5.39 | $ | 5.39 | $ | 16.17 | $ | 43.12 | $ | 86.38 |
| 5/17/2013 | $ | 5.39 | $ | 10.78 | $ | 21.56 | $ | 48.51 | $ | 80.99 |
| 6/4/2013 | $ | 5.39 | $ | 5.39 | $ | 26.95 | $ | 53.90 | $ | 75.60 |
| 6/19/2013 | $ | 5.39 | $ | 10.78 | $ | 32.34 | $ | 59.29 | $ | 70.21 |
| 7/3/2013 | $ | 5.39 | $ | 5.39 | $ | 5.39 | $ | 64.68 | $ | 64.82 |
| 7/19/2013 | $ | 5.39 | $ | 10.78 | $ | 10.78 | $ | 70.07 | $ | 59.43 |
| 8/2/2013 | $ | 5.39 | $ | 5.39 | $ | 16.17 | $ | 75.46 | $ | 54.04 |
| 8/19/2013 | $ | 5.39 | $ | 10.78 | $ | 21.56 | $ | 80.85 | $ | 48.65 |
| 9/4/2013 | $ | 5.39 | $ | 5.39 | $ | 26.95 | $ | 86.24 | $ | 43.26 |
| 9/19/2013 | $ | 5.39 | $ | 10.78 | $ | 32.34 | $ | 91.63 | $ | 37.87 |
| 10/4/2013 | $ | - | $ | - | $ | - | $ | 91.63 | $ | 37.87 |
| 10/18/2013 | $ | - | $ | - | $ | - | $ | 91.63 | $ | 37.87 |
| 11/4/2013 | $ | - | $ | - | $ | - | $ | 91.63 | $ | 37.87 |
| 11/19/2013 | $ | - | $ | - | $ | - | $ | 91.63 | $ | 37.87 |
| 12/4/2013 | $ | 2.52 | $ | 2.52 | $ | 2.52 | $ | 94.15 | $ | 35.35 |
| 12/19/2013 | $ | 2.52 | $ | 5.04 | $ | 5.04 | $ | 96.67 | $ | 32.83 |
| 12/31/2013 | $ | 2.52 | $ | 7.56 | $ | 7.56 | $ | 99.19 | $ | 30.31 |

## RLP - Postage
## 271.440.5290
## Budget Amount $

| Date | Vendor | Amount | MTD | QTD | YTD | Balance | Paid |
|------|--------|--------|-----|-----|-----|---------|------|
| | | | | | | $  2,000.00 | |
| 10/19/2013 | US Postmaster | $   2,000.00 | $   2,000.00 | $   2,000.00 | $   2,000.00 | $       - | 10/30/2013 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## RLP - Miscellaneous
## 271.440.5299
## Budget Amount $

| Date | Vendor | Amount | MTD | QTD | YTD | Balance | Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | $ 500.00 | |
| 1/29/2013 | Chris Smith | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 450.00 | 2/27/2013 |
| 10/28/2013 | Petty Cash | $ 57.24 | $ 57.24 | $ 57.24 | $ 107.24 | $ 392.76 | 10/29/2013 |
| 11/26/2013 | Euton Realty | $ 100.00 | $ 100.00 | $ 157.24 | $ 207.24 | $ 292.76 | 12/5/2013 |
| 11/26/2013 | Nancy & Rick Hawk | $ 80.00 | $ 180.00 | $ 237.24 | $ 287.24 | $ 212.76 | 12/5/2013 |
| 11/26/2013 | LeMaster Real Estate | $ 50.00 | $ 230.00 | $ 287.24 | $ 337.24 | $ 162.76 | 12/5/2013 |
| 11/26/2013 | Shirley Truman | $ 50.00 | $ 280.00 | $ 337.24 | $ 387.24 | $ 112.76 | 12/5/2013 |
| 11/26/2013 | Joseph Spears | $ 50.00 | $ 330.00 | $ 387.24 | $ 437.24 | $ 62.76 | 12/5/2013 |
| 11/26/2013 | Cheryl D. Minch | $ 50.00 | $ 380.00 | $ 437.24 | $ 487.24 | $ 12.76 | 12/5/2013 |

## RLP - Office Supplies
## 271.440.5300
## Budget Amount

| Date | Vendor | Amount | MTD | QTD | YTD | Balance | Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | $ 1,000.00 | |
| 10/7/2013 | Bihl Office Supply | $ 241.61 | $ 241.61 | $ 241.61 | $ 241.61 | $ 758.39 | 11/14/2013 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## RLP - Hardware/Software
### 271.440.5536
### Budget Amount $0

| Date | Vendor | Amount | MTD | QTD | YTD | Balance | Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | $ 8,800.00 | |
| 1/29/2013 | CitizenServe | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 6,400.00 | 3/19/2013 |
| 3/6/2013 | AT&T Mobility | $ 91.66 | $ 2,491.66 | $ 2,491.66 | $ 2,491.66 | $ 6,308.34 | 3/8/2013 |
| 3/18/2013 | AT&T Mobility | $ 36.02 | $ 2,527.68 | $ 2,527.68 | $ 2,527.68 | $ 6,272.32 | 3/19/2013 |
| 4/25/2013 | AT&T Mobility | $ 31.02 | $ 31.02 | $ 31.02 | $ 2,558.70 | $ 6,241.30 | 5/1/2013 |
| 5/21/2013 | AT&T Mobility | $ 33.52 | $ 64.54 | $ 64.54 | $ 2,592.22 | $ 6,207.78 | 5/24/2013 |
| 6/19/2013 | AT&T Mobility | $ 31.02 | $ 31.02 | $ 95.56 | $ 2,623.24 | $ 6,176.76 | 6/20/2013 |
| 6/25/2013 | Online Solutions | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 | $ 8,023.24 | $ 776.76 | 7/19/2013 |
| 7/23/2013 | AT&T Mobility | $ 31.02 | $ 5,431.02 | $ 5,431.02 | $ 8,054.26 | $ 745.74 | 7/29/2013 |
| 8/20/2013 | AT&T Mobility | $ 31.02 | $ 31.02 | $ 5,462.04 | $ 8,085.28 | $ 714.72 | 8/22/2013 |
| 9/30/2013 | AT&T Mobility | $ 31.02 | $ 31.02 | $ 31.02 | $ 8,116.30 | $ 683.70 | 10/4/2013 |
| 10/19/2013 | AT&T Mobility | $ 36.02 | $ 67.04 | $ 67.04 | $ 8,152.32 | $ 647.68 | 10/24/2013 |
| 11/20/2013 | AT&T Mobility | $ 31.02 | $ 31.02 | $ 98.06 | $ 8,183.34 | $ 616.66 | 11/21/2013 |
| 12/23/2013 | AT&T Mobility | $ 31.02 | $ 31.02 | $ 129.08 | $ 8,214.36 | $ 585.64 | 12/27/2013 |