Case Search



 RADIANT SALES / NANCY ROSS (11)

Page 1 of 2

quick find: Address / Permit # / License #

> My Tasks  > Add  > Find  > Reports  Admin  Support Center  My Settings  > Logoff

⊞ Advanced Find

Results *(press the column name link to sort the result list)*  Found 11 records
☐ Show Thumbnails

| FILE # | FILE TYPE | STATUS | PROPERTY ADDRESS | OPEN DT | CLOSED DT | NEIGHBORHOOD | TYPE |
|---|---|---|---|---|---|---|---|
| 13-000075 | Business License | Open ✓ | 1503 5th Street Portsmouth OH 45662 | 01/01/2013 | | | |
| Description: Duplex | | | | | | | |
| License#: RNT13-000075 | | | | | | | |
| 13-000076 | Business License | Open ✓ | 3157 Walnut Street Portsmouth OH 45662 | 01/01/2013 | | | |
| Description: Duplex | | | | | | | |
| License#: RNT13-000076 | | | | | | | |
| 13-000077 | Business License | Open ✓ | 3172 Walnut Street Portsmouth OH 45662 | 01/01/2013 | | | |
| Description: Duplex | | | | | | | |
| License#: RNT13-000077 | | | | | | | |
| 13-000078 | Business License | Open ✓ | 1031 Ruhlman Avenue Portsmouth OH 45662 | 01/01/2013 | SECTION 8 | | |
| Description: Single Unit Rental | | | | | | | |
| License#: RNT13-000078 | | | | | | | |
| 13-000079 | Business License | Open ✓ | 1911 20th Street Portsmouth OH 45662 | 01/01/2013 | SECTION 8 | | |
| Description: Single Unit Rental | | | | | | | |
| License#: RNT13-000079 | | | | | | | |
| 13-000080 | Business License | Open ✓ | 1925 20th Street Portsmouth OH 45662 | 01/01/2013 | SECTION 8 | | |
| Description: Single Unit Rental | | | | | | | |
| License#: RNT13-000080 | | | | | | | |
| 13-000081 | Business License | Open ✓ | 5410 Winchester Avenue Sciotoville OH 45662 | 01/01/2013 | | | |
| Description: Single Unit Rental | | | | | | | |
| License#: RNT13-000081 | | | | | | | |
| 13-000082 | Business License | Open ✓ | 1911 Summit Street Portsmouth OH 45662 | 01/01/2013 | SECTION 8 | | |
| Description: Single Unit Rental | | | | | | | |
| License#: RNT13-000082 | | | | | | | |
| 13-000083 | Business License | Open ✓ | 1605 Franklin Avenue Portsmouth OH 45662 | 01/01/2013 | | | |
| Description: Single Unit Rental | | | | | | | |
| License#: RNT13-000083 | | | | | | | |
| 13-000084 | | Open | | 01/01/2013 | | | |

EXHIBIT
All
10/31/14 EEA

https://www.citizenserve.com/Admin/WorkOrderSearch  7/7/2014

*NANCY ROSS PG 2*

| | Business License | ✓ | 4141 Hill Road Portsmouth OH 45662 | | |
|---|---|---|---|---|---|
| Description: | Single Unit Rental | | | | |
| License#: | RNT13-000084 | | | | |
| 13-000085 | Business License | Open | 4139 Hill Road Portsmouth OH 45662 | 01/01/2013 | |
| Description: | Single Unit Rental | | | | |
| License#: | RNT13-000085 | | | | |

**From:** andrew.gedeon@portsmouthoh.org
**Sent:** 02/18/2014 - 10:10 AM
**To:** rossbuilt@frontier.com, radiantlady@msn.com
**CC:**
**Subject:** Inspection Report


Ross

1503 5th St



City of Portsmouth
Health Department
605 Washington Street
Portsmouth, OH 45662
(740) 353-5153

## CITY OF PORTSMOUTH RENTAL DWELLING INSPECTION CHECKLIST

Site Address: 1503 5th Street
Owner/Contact:
Phone:

Inspector: Andrew Gedeon
Building Type: Duplex
Alternate Phone:

Date: 02/13/2014
License #: RNT13-000075
Email Address:

**EXTERIOR PREMISES**
1. Accessory Structure
2. Trash/Debris, Vehicles, Etc.
3. Trees / Grass / Weeds
4. Foundation Walls, Tuckpointing
5. Exterior Walls: Paint / Siding — Fail
6. Roofs / Soffit / Fascia
7. Signage
8. Stairs / Porches / Railings — Fail
9. Window Screens — Fail
10. Exterior Doors — Fail
11. Gutters / Stormwater Runoff
12. Trash Cans / Stored
13. Street Numbers
14. Sidewalks / Driveways / Parking
15. Electric Service
16. GFCI Outlets / Lighting

**COMON EGRESS CORRIDOR**
17. Door Hardware
18. Operable Windows with Locks
19. Floors / Wall / Ceilings
20. Handrails / Steps
21. Outlets
22. Lighting / Emergency Lighting
23. Smoke Detectors
24. Fire Extinguishers

**INTERIOR**
25. Operable Windows with Locks
26. Floors / Wall / Ceilings
27. Outlets
28. Lighting
29. Smoke Detectors — Fail
30. Carbon monoxide detector

**KITCHEN / DINING**
31. Door Hardware
32. Operable Windows with Locks
33. Floors / Wall / Ceilings
34. Water Supply Lines
35. Refrigerator / Stove
36. Cabinets / Tops / Shelving
37. GFCI Outlets
38. Lighting
39. Fire Extinguisher
40. Sink / Fixtures
41. Hood Vent
42. Pest Infestation

**HALLWAYS**
43. Floors / Wall / Ceilings
44. Outlets
45. Lighting
46. Smoke Detectors

**LAUNDRY**
47. Floors / Wall / Ceilings
48. Dryer Vent
49. Washer Drain
50. Outlets
51. Lighting

**BASEMENT / MECHANICALS**
52. Floors / Wall / Ceilings
53. Damp Free
54. Handrails / Steps
55. Water Supply Lines
56. Hot Water Tank
57. Sump Pump — Fail
58. HVAC System
59. Electric Service Panel
60. GFCI Outlets
61. Smoke Detectors — Fail
62. Fire Suppression Insp

**BEDROOMS**
(location)  1  2  3
63. Door Hardware
64. Operable Windows with Locks
65. Floors / Wall / Ceilings
66. Window Size / Egress
67. Room Size
68. Outlets
69. Lighting
70. Smoke Detectors Room 1 — Fail Fail Fail

**BATHROOMS**
(location)  1 2 3
71. Door Hardware Room 1
72. Floors / Wall / Ceilings Room 1
73. Exhaust Fan Room 1
74. Water Supply Lines Room 1
75. Sink Room 1
76. Water Closet Room 1
77. Tub / Shower Room 1
78. Cabinets / CTs Room 1
79. GFCI Outlets Room 1
80. Lighting Room 1

**OTHER:**

**COMMENTS:**
LAB
5. Unit A siding broken on front porch - repair
8. Unit B handrail missing - replace
9. Unit A torn screen on front porch - repair
10. Unit B side door threshold missing - replace
29. Smoke detector in Unit A not operating and Unit B missing - replace
61. Basement smoke detector missing - replace
70. Bedroom smoke detectors missing in both units - replace

RE-INSPECTION DATE: Time:
Additional Comments:

**From:** andrew.gedeon@portsmouthoh.org
**Sent:** 02/18/2014 - 08:08 AM
**To:** rossbuilt@frontier.com, radiantlady@msn.com
**CC:**
**Subject:** Inspection Report

 (Ross)

3157 Walnut



City of Portsmouth
Health Department
605 Washington Street
Portsmouth, OH 45662
(740) 353-5153

## CITY OF PORTSMOUTH RENTAL DWELLING INSPECTION CHECKLIST

Site Address: 3157 Walnut Street
Owner/Contact:
Phone:

Inspector: Andrew Gedeon
Building Type: Duplex
Alternate Phone:

Date: 02/13/2014
License #: RNT13-000076
Email Address:

**EXTERIOR PREMISES**
1. Accessory Structure
2. Trash/Debris, Vehicles, Etc.
3. Trees / Grass / Weeds
4. Foundation Walls, Tuckpointing
5. Exterior Walls: Paint / Siding
6. Roofs / Soffit / Fascia
7. Signage
8. Stairs / Porches / Railings — Fail
9. Window Screens
10. Exterior Doors — Fail
11. Gutters / Stormwater Runoff — Fail
12. Trash Cans / Stored
13. Street Numbers
14. Sidewalks / Driveways / Parking
15. Electric Service
16. GFCI Outlets / Lighting

**COMON EGRESS CORRIDOR**
17. Door Hardware
18. Operable Windows with Locks
19. Floors / Wall / Ceilings
20. Handrails / Steps
21. Outlets
22. Lighting / Emergency Lighting
23. Smoke Detectors
24. Fire Extinguishers

**INTERIOR**
25. Operable Windows with Locks
26. Floors / Wall / Ceilings
27. Outlets
28. Lighting
29. Smoke Detectors
30. Carbon monoxide detector

**KITCHEN / DINING**
31. Door Hardware
32. Operable Windows with Locks
33. Floors / Wall / Ceilings
34. Water Supply Lines
35. Refrigerator / Stove
36. Cabinets / Tops / Shelving
37. GFCI Outlets
38. Lighting
39. Fire Extinguisher
40. Sink / Fixtures
41. Hood Vent
42. Pest Infestation

**HALLWAYS**
43. Floors / Wall / Ceilings
44. Outlets
45. Lighting
46. Smoke Detectors

**LAUNDRY**
47. Floors / Wall / Ceilings
48. Dryer Vent
49. Washer Drain
50. Outlets
51. Lighting

**BASEMENT / MECHANICALS**
52. Floors / Wall / Ceilings
53. Damp Free
54. Handrails / Steps
55. Water Supply Lines
56. Hot Water Tank — Fail
57. Sump Pump — Fail
58. HVAC System — Fail
59. Electric Service Panel
60. GFCI Outlets
61. Smoke Detectors
62. Fire Suppression Insp

**BEDROOMS**
(location)  1  2  3
63. Door Hardware
64. Operable Windows with Locks
65. Floors / Wall / Ceilings
66. Window Size / Egress
67. Room Size
68. Outlets
69. Lighting
70. Smoke Detectors Room 1 — Fail Fail

**BATHROOMS**
(location)  1  2 3
71. Door Hardware Room 1
72. Floors / Wall / Ceilings Room 1
73. Exhaust Fan Room 1
74. Water Supply Lines Room 1
75. Sink Room 1
76. Water Closet Room 1
77. Tub / Shower Room 1
78. Cabinets / CTs Room 1
79. GFCI Outlets Room 1
80. Lighting Room 1 — Fail

**OTHER:**

**COMMENTS:**
LAB
8. Front porch handrail missing - replace
10. Unit A rear door weather strip missing - replace
Fail 11. Gutters missing - replace
28. Basement light loose - repair
Fail 29. Unit A smoke detector missing - replace
30. Unit A CO detector missing - replace
54. Basement handrail missing - replace
56. Pressure relief pipe missing and loose wires - replace/repair
Fail 61. Basement smoke detector missing - replace
70. Unit A and B bedroom smoke detectors missing - replace
80. Unit B switch plate cover missing - replace

RE-INSPECTION DATE: Time:
Additional Comments:

Letter View  Page 1 of 1

**From:** andrew.gedeon@portsmouthoh.org
**Sent:** 02/18/2014 - 08:34 AM
**To:** rossbuilt@frontier.com, radiantlady@msn.com
**CC:**
**Subject:** Inspection Report



(Ross!)

3172 Walnut



City of Portsmouth
Health Department
605 Washington Street
Portsmouth, OH 45662
(740) 353-5153

## CITY OF PORTSMOUTH RENTAL DWELLING INSPECTION CHECKLIST

Site Address: 3172 Walnut Street
Owner/Contact:
Phone:

Inspector: Andrew Gedeon
Building Type: Duplex
Alternate Phone:

Date: 02/13/2014
License #: RNT13-000077
Email Address:

**EXTERIOR PREMISES**
1. Accessory Structure
2. Trash/Debris, Vehicles, Etc.
3. Trees / Grass / Weeds
4. Foundation Walls, Tuckpointing
5. Exterior Walls: Paint / Siding
6. Roofs / Soffit / Fascia
7. Signage
8. Stairs / Porches / Railings
9. Window Screens
10. Exterior Doors
11. Gutters / Stormwater Runoff
12. Trash Cans / Stored
13. Street Numbers
14. Sidewalks / Driveways / Parking
15. Electric Service
16. GFCI Outlets / Lighting

**COMON EGRESS CORRIDOR**
17. Door Hardware
18. Operable Windows with Locks
19. Floors / Wall / Ceilings
20. Handrails / Steps
21. Outlets
22. Lighting / Emergency Lighting
23. Smoke Detectors
24. Fire Extinguishers

**INTERIOR**
25. Operable Windows with Locks
26. Floors / Wall / Ceilings
27. Outlets
28. Lighting
29. Smoke Detectors
30. Carbon monoxide detector

**KITCHEN / DINING**
31. Door Hardware
32. Operable Windows with Locks
33. Floors / Wall / Ceilings
Fail 34. Water Supply Lines
35. Refrigerator / Stove
36. Cabinets / Tops / Shelving
37. GFCI Outlets
Fail 38. Lighting
39. Fire Extinguisher
Fail 40. Sink / Fixtures
41. Hood Vent
42. Pest Infestation

**HALLWAYS**
43. Floors / Wall / Ceilings
44. Outlets
45. Lighting
46. Smoke Detectors

**LAUNDRY**
47. Floors / Wall / Ceilings
Fail 48. Dryer Vent
49. Washer Drain
50. Outlets
51. Lighting

**BASEMENT / MECHANICALS**
52. Floors / Wall / Ceilings
53. Damp Free
54. Handrails / Steps
55. Water Supply Lines
56. Hot Water Tank
57. Sump Pump
Fail 58. HVAC System
Fail 59. Electric Service Panel
60. GFCI Outlets
61. Smoke Detectors
62. Fire Suppression Insp

**BEDROOMS**
(location)  1  2  3
63. Door Hardware
64. Operable Windows with Locks
65. Floors / Wall / Ceilings
66. Window Size / Egress
67. Room Size
68. Outlets
69. Lighting
70. Smoke Detectors Room 1    Fail Fail

**BATHROOMS**
(location)  1  2  3
71. Door Hardware Room 1
72. Floors / Wall / Ceilings Room 1
73. Exhaust Fan Room 1
74. Water Supply Lines Room 1
75. Sink Room 1
76. Water Closet Room 1
77. Tub / Shower Room 1    Fail
78. Cabinets / CTs Room 1
79. GFCI Outlets Room 1
80. Lighting Room 1

**OTHER:**

**COMMENTS:**
LAB
4. Voids by front step and gas pipe - repair
8. Front porch railing missing - replace
Fail 10. Unit B front door knob missing - replace
20. 2nd fl handrail missing - replace
Fail 29. Unit A smoke detector missing ad Unit B detector not operating - replace/repair
Fail 30. Unit A CO detector missing - replace
37. Unit and B kitchen GFCI missing - replace
54. Basement handrail missing - replace
Fail 56. Pressure relief pipe missing - replace
58. Unit A no primary heat source / only gas wall unit - add primary heat source
61. Basement smoke detector not operating - repair/replace
70. Unit A and B bedroom smoke detectors missing - replace
77. Unit B tub caulk in poor condition - repair

RE-INSPECTION DATE: Time:
Additional Comments:

**From:** andrew.gedeon@portsmouthoh.org
**Sent:** 02/18/2014 - 10:53 AM
**To:** rossbuilt@frontier.com, radiantlady@msn.com
**CC:**
**Subject:** Inspection Report


(Ross)

1031 Ruhlman



City of Portsmouth
Health Department
605 Washington Street
Portsmouth, OH 45662
(740) 353-5153

## CITY OF PORTSMOUTH RENTAL DWELLING INSPECTION CHECKLIST

Site Address: 1031 Ruhlman Avenue
Owner/Contact:
Phone:

Inspector: Andrew Gedeon
Building Type: Single Family
Alternate Phone:

Date: 02/13/2014
License #: RNT13-000078
Email Address:

**EXTERIOR PREMISES**
1. Accessory Structure
2. Trash/Debris, Vehicles, Etc.
3. Trees / Grass / Weeds
4. Foundation Walls, Tuckpointing
5. Exterior Walls: Paint / Siding
6. Roofs / Soffit / Fascia
7. Signage
8. Stairs / Porches / Railings — Fail
9. Window Screens
10. Exterior Doors
11. Gutters / Stormwater Runoff
12. Trash Cans / Stored
13. Street Numbers
14. Sidewalks / Driveways / Parking
15. Electric Service
16. GFCI Outlets / Lighting

**COMON EGRESS CORRIDOR**
17. Door Hardware
18. Operable Windows with Locks — Fail
19. Floors / Wall / Ceilings
20. Handrails / Steps
21. Outlets
22. Lighting / Emergency Lighting
23. Smoke Detectors
24. Fire Extinguishers

**INTERIOR**
25. Operable Windows with Locks
26. Floors / Wall / Ceilings
27. Outlets
28. Lighting
29. Smoke Detectors — Fail
30. Carbon monoxide detector — Fail

**KITCHEN / DINING**
31. Door Hardware
32. Operable Windows with Locks
33. Floors / Wall / Ceilings — Fail
34. Water Supply Lines
35. Refrigerator / Stove
36. Cabinets / Tops / Shelving
37. GFCI Outlets
38. Lighting
39. Fire Extinguisher
40. Sink / Fixtures
41. Hood Vent
42. Pest Infestation

**HALLWAYS**
43. Floors / Wall / Ceilings
44. Outlets
45. Lighting
46. Smoke Detectors

**LAUNDRY**
47. Floors / Wall / Ceilings
48. Dryer Vent
49. Washer Drain
50. Outlets
51. Lighting

**BASEMENT / MECHANICALS**
52. Floors / Wall / Ceilings
53. Damp Free
54. Handrails / Steps
55. Water Supply Lines
56. Hot Water Tank
57. Sump Pump
58. HVAC System
59. Electric Service Panel
60. GFCI Outlets
61. Smoke Detectors — Fail
62. Fire Suppression Insp

**BEDROOMS**
(location)   1  2  3
63. Door Hardware
64. Operable Windows with Locks
65. Floors / Wall / Ceilings
66. Window Size / Egress
67. Room Size
68. Outlets
69. Lighting
70. Smoke Detectors Room 1 — Fail Fail

**BATHROOMS**
(location)   1  2  3
71. Door Hardware Room 1
72. Floors / Wall / Ceilings Room 1
73. Exhaust Fan Room 1
74. Water Supply Lines Room 1
75. Sink Room 1
76. Water Closet Room 1
77. Tub / Shower Room 1
78. Cabinets / CTs Room 1
79. GFCI Outlets Room 1 — Fail
80. Lighting Room 1

**OTHER:**

**COMMENTS:**
LAB
8. Front porch railing loose and chipped paint - repair
18. 2nd fl hall broken window - repair
29. 2nd fl smoke detector missing - replace
30. CO detector missing - replace
33. Kitchen ceiling leak stain/cracks - repair
61. Basement detector not operating - repair/replace
70. Bedroom smoke detectors missing - replace
79. Bath GFCI not operating - repair/replace

RE-INSPECTION DATE: Time:
Additional Comments:

**From:** andrew.gedeon@portsmouthoh.org
**Sent:** 02/18/2014 - 10:27 AM
**To:** rossbuilt@frontier.com, radiantlady@msn.com
**CC:**
**Subject:** Inspection Report

 Ross

1911 20th St



**City of Portsmouth**
**Health Department**
605 Washington Street
Portsmouth, OH 45662
(740) 353-5153

## CITY OF PORTSMOUTH RENTAL DWELLING INSPECTION CHECKLIST

Site Address: 1911 20th Street
Owner/Contact:
Phone:

Inspector: Andrew Gedeon
Building Type: Single Family
Alternate Phone:

Date: 02/13/2014
License #: RNT13-000079
Email Address:

**EXTERIOR PREMISES**
1. Accessory Structure
2. Trash/Debris, Vehicles, Etc.  — Fail
3. Trees / Grass / Weeds
4. Foundation Walls, Tuckpointing
5. Exterior Walls: Paint / Siding
6. Roofs / Soffit / Fascia
7. Signage
8. Stairs / Porches / Railings
9. Window Screens
10. Exterior Doors
11. Gutters / Stormwater Runoff
12. Trash Cans / Stored
13. Street Numbers
14. Sidewalks / Driveways / Parking
15. Electric Service
16. GFCI Outlets / Lighting

**COMON EGRESS CORRIDOR**
17. Door Hardware
18. Operable Windows with Locks
19. Floors / Wall / Ceilings
20. Handrails / Steps
21. Outlets
22. Lighting / Emergency Lighting
23. Smoke Detectors
24. Fire Extinguishers

**INTERIOR**
25. Operable Windows with Locks
26. Floors / Wall / Ceilings
27. Outlets
28. Lighting
29. Smoke Detectors
30. Carbon monoxide detector

**KITCHEN / DINING**
31. Door Hardware
Fail  32. Operable Windows with Locks
33. Floors / Wall / Ceilings
34. Water Supply Lines
35. Refrigerator / Stove
36. Cabinets / Tops / Shelving
37. GFCI Outlets
Fail  38. Lighting
39. Fire Extinguisher
Fail  40. Sink / Fixtures
41. Hood Vent
42. Pest Infestation

**HALLWAYS**
43. Floors / Wall / Ceilings
44. Outlets
45. Lighting
46. Smoke Detectors

**LAUNDRY**
47. Floors / Wall / Ceilings
48. Dryer Vent
49. Washer Drain
50. Outlets
51. Lighting

**BASEMENT / MECHANICALS**
52. Floors / Wall / Ceilings
53. Damp Free
54. Handrails / Steps
55. Water Supply Lines
56. Hot Water Tank
Fail  57. Sump Pump
58. HVAC System
59. Electric Service Panel
60. GFCI Outlets
61. Smoke Detectors
62. Fire Suppression Insp

**BEDROOMS**
    (location)         1  2  3
63. Door Hardware
64. Operable Windows with Locks
65. Floors / Wall / Ceilings
66. Window Size / Egress
67. Room Size
68. Outlets
69. Lighting
70. Smoke Detectors Room 1     Fail Fail Fail

**BATHROOMS**
    (location)         1 2 3
71. Door Hardware Room 1
72. Floors / Wall / Ceilings Room 1
73. Exhaust Fan Room 1
74. Water Supply Lines Room 1
75. Sink Room 1
76. Water Closet Room 1
77. Tub / Shower Room 1
78. Cabinets / CTs Room 1
79. GFCI Outlets Room 1
80. Lighting Room 1

Fail  **OTHER:**

**COMMENTS:**
LAB
2. Debris in rear yard - remove
8. Front porch railing loose - repair
Fail  10. Front door weatherstrip missing - replace
29. 1st fl smoke detector missing - replace
42. Roach Infestation - exterminate with licensed contractor and provide HD with documentation
50. Dryer wire loose and broken outlet cover - repair
54. Basement handrail missing - replace
61. Basement smoke detector missing - replace
Fail  70. Bedroom smoke detectors missing - replace

RE-INSPECTION DATE: Time:
Additional Comments:

**From:** andrew.gedeon@portsmouthoh.org
**Sent:** 02/18/2014 - 10:56 AM
**To:** rossbuilt@frontier.com, radiantlady@msn.com
**CC:**
**Subject:** Inspection Report


Ross

1925 20th St



City of Portsmouth
Health Department
605 Washington Street
Portsmouth, OH 45662
(740) 353-5153

## CITY OF PORTSMOUTH RENTAL DWELLING INSPECTION CHECKLIST

Site Address: 1925 20th Street
Owner/Contact:
Phone:

Inspector: Andrew Gedeon
Building Type: Single Family
Alternate Phone:

Date: 02/13/2014
License #: RNT13-000080
Email Address:

**EXTERIOR PREMISES**
1. Accessory Structure
2. Trash/Debris, Vehicles, Etc.
3. Trees / Grass / Weeds
4. Foundation Walls, Tuckpointing
5. Exterior Walls: Paint / Siding
6. Roofs / Soffit / Fascia
7. Signage
8. Stairs / Porches / Railings
9. Window Screens
10. Exterior Doors
11. Gutters / Stormwater Runoff    Fail
12. Trash Cans / Stored
13. Street Numbers
14. Sidewalks / Driveways / Parking
15. Electric Service
16. GFCI Outlets / Lighting

**COMON EGRESS CORRIDOR**
17. Door Hardware
18. Operable Windows with Locks
19. Floors / Wall / Ceilings
20. Handrails / Steps
21. Outlets
22. Lighting / Emergency Lighting
23. Smoke Detectors
24. Fire Extinguishers

**INTERIOR**
25. Operable Windows with Locks
26. Floors / Wall / Ceilings
27. Outlets
28. Lighting
29. Smoke Detectors
30. Carbon monoxide detector

**KITCHEN / DINING**
31. Door Hardware
32. Operable Windows with Locks
33. Floors / Wall / Ceilings
34. Water Supply Lines
35. Refrigerator / Stove
36. Cabinets / Tops / Shelving
37. GFCI Outlets
38. Lighting
39. Fire Extinguisher
40. Sink / Fixtures
41. Hood Vent
42. Pest Infestation

**HALLWAYS**
43. Floors / Wall / Ceilings
44. Outlets
45. Lighting
46. Smoke Detectors

**LAUNDRY**
47. Floors / Wall / Ceilings
48. Dryer Vent
49. Washer Drain
50. Outlets
51. Lighting

**BASEMENT / MECHANICALS**
52. Floors / Wall / Ceilings
53. Damp Free
54. Handrails / Steps
55. Water Supply Lines
56. Hot Water Tank
57. Sump Pump
58. HVAC System
59. Electric Service Panel
60. GFCI Outlets
61. Smoke Detectors
62. Fire Suppression Insp

**BEDROOMS**
(location)          1   2   3
63. Door Hardware
64. Operable Windows with Locks
65. Floors / Wall / Ceilings
66. Window Size / Egress
67. Room Size
68. Outlets
69. Lighting
70. Smoke Detectors Room 1        Fail Fail Fail

**BATHROOMS**
(location)          1 2 3
71. Door Hardware Room 1
72. Floors / Wall / Ceilings Room 1
73. Exhaust Fan Room 1
74. Water Supply Lines Room 1
75. Sink Room 1
76. Water Closet Room 1
77. Tub / Shower Room 1
78. Cabinets / CTs Room 1
79. GFCI Outlets Room 1
80. Lighting Room 1

**OTHER:**

**COMMENTS:**
LAB
11. Front porch gutters missing - replace
70. Bedroom smoke detectors missing - replace

RE-INSPECTION DATE: Time:
Additional Comments:

From: andrew.gedeon@portsmouthoh.org
Sent: 02/18/2014 - 07:42 AM
To: radiantlady@msn.com, rossbuilt@frontier.com
CC:
Subject: Inspection Report

 Ross

5410 Winchester



**City of Portsmouth
Health Department**
605 Washington Street
Portsmouth, OH 45662
(740) 353-5153

## CITY OF PORTSMOUTH RENTAL DWELLING INSPECTION CHECKLIST

Site Address: 5410 Winchester Avenue
Owner/Contact:
Phone:

Inspector: Andrew Gedeon
Building Type: Single Family
Alternate Phone:

Date: 02/13/2014
License #: RNT13-000081
Email Address:

**EXTERIOR PREMISES**
1. Accessory Structure
2. Trash/Debris, Vehicles, Etc.
3. Trees / Grass / Weeds
4. Foundation Walls, Tuckpointing
5. Exterior Walls: Paint / Siding
6. Roofs / Soffit / Fascia
7. Signage
8. Stairs / Porches / Railings         Fail
9. Window Screens
10. Exterior Doors
11. Gutters / Stormwater Runoff
12. Trash Cans / Stored
13. Street Numbers
14. Sidewalks / Driveways / Parking
15. Electric Service
16. GFCI Outlets / Lighting

**COMON EGRESS CORRIDOR**
17. Door Hardware
18. Operable Windows with Locks
19. Floors / Wall / Ceilings
20. Handrails / Steps
21. Outlets
22. Lighting / Emergency Lighting
23. Smoke Detectors
24. Fire Extinguishers

**INTERIOR**
25. Operable Windows with Locks
26. Floors / Wall / Ceilings
27. Outlets
28. Lighting
29. Smoke Detectors
30. Carbon monoxide detector

**KITCHEN / DINING**
31. Door Hardware
32. Operable Windows with Locks
33. Floors / Wall / Ceilings
34. Water Supply Lines
35. Refrigerator / Stove
36. Cabinets / Tops / Shelving
37. GFCI Outlets                        Fail
38. Lighting
39. Fire Extinguisher
40. Sink / Fixtures
41. Hood Vent
42. Pest Infestation

**HALLWAYS**
43. Floors / Wall / Ceilings
44. Outlets
45. Lighting
46. Smoke Detectors

**LAUNDRY**
47. Floors / Wall / Ceilings
48. Dryer Vent
49. Washer Drain
50. Outlets
51. Lighting

**BASEMENT / MECHANICALS**
52. Floors / Wall / Ceilings
53. Damp Free
54. Handrails / Steps
55. Water Supply Lines
56. Hot Water Tank
57. Sump Pump                           Fail
58. HVAC System
59. Electric Service Panel
60. GFCI Outlets
61. Smoke Detectors
62. Fire Suppression Insp

**BEDROOMS**
(location)                              1   2   3
63. Door Hardware
64. Operable Windows with Locks
65. Floors / Wall / Ceilings
66. Window Size / Egress
67. Room Size
68. Outlets
69. Lighting
70. Smoke Detectors Room 1              Fail Fail Fail

**BATHROOMS**
(location)                              1   2 3
71. Door Hardware Room 1
72. Floors / Wall / Ceilings Room 1
73. Exhaust Fan Room 1
74. Water Supply Lines Room 1
75. Sink Room 1
76. Water Closet Room 1
77. Tub / Shower Room 1
78. Cabinets / CTs Room 1
79. GFCI Outlets Room 1                 Fail
80. Lighting Room 1

**OTHER:**

**COMMENTS:**
LAB
8. Carpet loose on front porch - repair
29. 1st fl smoke detector missing - replace
37. Kitchen GFCI missing - replace
56. Pressure relief pipe missing - replace
70. 3 bedroom smoke detectors missing - replace
79. Bath GFCI not operating - repair/replace

RE-INSPECTION DATE: Time:
Additional Comments:

**From:** andrew.gedeon@portsmouthoh.org
**Sent:** 02/18/2014 - 10:35 AM
**To:** rossbuilt@frontier.com, radiantlady@msn.com
**CC:**
**Subject:** Inspection Report


(Ross)

1911 Summit



**City of Portsmouth**
**Health Department**
605 Washington Street
Portsmouth, OH 45662
(740) 353-5153

## CITY OF PORTSMOUTH RENTAL DWELLING INSPECTION CHECKLIST

Site Address: 1911 Summit Street
Owner/Contact:
Phone:

Inspector: Andrew Gedeon
Building Type: Single Family
Alternate Phone:

Date: 02/13/2014
License #: RNT13-000082
Email Address:

**EXTERIOR PREMISES**
1. Accessory Structure
2. Trash/Debris, Vehicles, Etc.
3. Trees / Grass / Weeds
4. Foundation Walls, Tuckpointing
5. Exterior Walls: Paint / Siding
6. Roofs / Soffit / Fascia
7. Signage
8. Stairs / Porches / Railings
9. Window Screens
Fail 10. Exterior Doors
11. Gutters / Stormwater Runoff
12. Trash Cans / Stored
13. Street Numbers
14. Sidewalks / Driveways / Parking
15. Electric Service
16. GFCI Outlets / Lighting

**COMON EGRESS CORRIDOR**
17. Door Hardware
18. Operable Windows with Locks
19. Floors / Wall / Ceilings
20. Handrails / Steps
21. Outlets
22. Lighting / Emergency Lighting
23. Smoke Detectors
24. Fire Extinguishers

**INTERIOR**
25. Operable Windows with Locks
26. Floors / Wall / Ceilings
27. Outlets
28. Lighting
29. Smoke Detectors
30. Carbon monoxide detector

**KITCHEN / DINING**
31. Door Hardware
32. Operable Windows with Locks
33. Floors / Wall / Ceilings
34. Water Supply Lines
35. Refrigerator / Stove
36. Cabinets / Tops / Shelving
37. GFCI Outlets
38. Lighting
39. Fire Extinguisher
Fail 40. Sink / Fixtures
41. Hood Vent
42. Pest Infestation

**HALLWAYS**
43. Floors / Wall / Ceilings
Fail 44. Outlets
45. Lighting
46. Smoke Detectors

**LAUNDRY**
47. Floors / Wall / Ceilings
48. Dryer Vent
49. Washer Drain
50. Outlets
51. Lighting

**BASEMENT / MECHANICALS**
52. Floors / Wall / Ceilings
53. Damp Free
54. Handrails / Steps
55. Water Supply Lines
56. Hot Water Tank
57. Sump Pump
58. HVAC System
59. Electric Service Panel
60. GFCI Outlets
61. Smoke Detectors
62. Fire Suppression Insp

**BEDROOMS**
(location) 1 2 3
63. Door Hardware
Fail 64. Operable Windows with Locks
65. Floors / Wall / Ceilings
66. Window Size / Egress
67. Room Size
68. Outlets
69. Lighting
70. Smoke Detectors Room 1    Fail

**BATHROOMS**
(location) 1 2 3
71. Door Hardware Room 1
72. Floors / Wall / Ceilings Room 1
73. Exhaust Fan Room 1
74. Water Supply Lines Room 1
75. Sink Room 1
76. Water Closet Room 1
77. Tub / Shower Room 1
78. Cabinets / CTs Room 1
79. GFCI Outlets Room 1
80. Lighting Room 1

**OTHER:**

**COMMENTS:**
LAB
10. Front door knob missing / only deadbolt - repair
Fail 16. Front porch light fixture broken - repair/replace
33. Loose and broken floor tile in kitchen - repair/replace
53. Standing water in basement - clean drain or add sump pump
70. Bedroom smoke detectors missing - replace

**RE-INSPECTION DATE:** Time:
**Additional Comments:**

**From:** andrew.gedeon@portsmouthoh.org
**Sent:** 02/18/2014 - 10:17 AM
**To:** rossbuilt@frontier.com, radiantlady@msn.com
**CC:**
**Subject:** Inspection Report


(Ross)

1605 Franklin



City of Portsmouth
Health Department
605 Washington Street
Portsmouth, OH 45662
(740) 353-5153

## CITY OF PORTSMOUTH RENTAL DWELLING INSPECTION CHECKLIST

Site Address: 1605 Franklin Avenue
Owner/Contact:
Phone:

Inspector: Andrew Gedeon
Building Type: Single Family
Alternate Phone:

Date: 02/13/2014
License #: RNT13-000083
Email Address:

**EXTERIOR PREMISES**
1. Accessory Structure
2. Trash/Debris, Vehicles, Etc.
3. Trees / Grass / Weeds
4. Foundation Walls, Tuckpointing
5. Exterior Walls: Paint / Siding
6. Roofs / Soffit / Fascia
7. Signage
8. Stairs / Porches / Railings — Fail
9. Window Screens
10. Exterior Doors
11. Gutters / Stormwater Runoff
12. Trash Cans / Stored
13. Street Numbers
14. Sidewalks / Driveways / Parking
15. Electric Service
16. GFCI Outlets / Lighting

**COMON EGRESS CORRIDOR**
17. Door Hardware
18. Operable Windows with Locks
19. Floors / Wall / Ceilings
20. Handrails / Steps
21. Outlets
22. Lighting / Emergency Lighting
23. Smoke Detectors
24. Fire Extinguishers

**INTERIOR**
25. Operable Windows with Locks
26. Floors / Wall / Ceilings
27. Outlets
28. Lighting
29. Smoke Detectors
30. Carbon monoxide detector — Fail

**KITCHEN / DINING**
31. Door Hardware
32. Operable Windows with Locks
33. Floors / Wall / Ceilings
34. Water Supply Lines
35. Refrigerator / Stove
36. Cabinets / Tops / Shelving
37. GFCI Outlets
38. Lighting
39. Fire Extinguisher
40. Sink / Fixtures
41. Hood Vent
42. Pest Infestation

**HALLWAYS**
43. Floors / Wall / Ceilings
44. Outlets
45. Lighting
46. Smoke Detectors

**LAUNDRY**
47. Floors / Wall / Ceilings
48. Dryer Vent
49. Washer Drain
50. Outlets
51. Lighting

**BASEMENT / MECHANICALS**
52. Floors / Wall / Ceilings
53. Damp Free
54. Handrails / Steps — Fail
55. Water Supply Lines
56. Hot Water Tank
57. Sump Pump
58. HVAC System
59. Electric Service Panel
60. GFCI Outlets
61. Smoke Detectors
62. Fire Suppression Insp

**BEDROOMS**
(location)    1   2   3
63. Door Hardware
64. Operable Windows with Locks
65. Floors / Wall / Ceilings
66. Window Size / Egress
67. Room Size
68. Outlets
69. Lighting
70. Smoke Detectors Room 1    Fail Fail

**BATHROOMS**
(location)    1   2   3
71. Door Hardware Room 1
72. Floors / Wall / Ceilings Room 1
73. Exhaust Fan Room 1
74. Water Supply Lines Room 1
75. Sink Room 1
76. Water Closet Room 1
77. Tub / Shower Room 1
78. Cabinets / CTs Room 1
79. GFCI Outlets Room 1    Fail
80. Lighting Room 1

**OTHER:**

**COMMENTS:**
LAB
8. Front porch handrail missing - replace
30. CO detector missing - replace
54. Basement handrail missing - replace
70. Bedroom smoke detectors missing - replace
79. 2nd fl bath GFCI not operating - repair

RE-INSPECTION DATE: Time:
Additional Comments:

**From:** andrew.gedeon@portsmouthoh.org
**Sent:** 02/18/2014 - 07:49 AM
**To:** rossbuilt@frontier.com, radiantlady@msn.com
**CC:**
**Subject:** Inspection Report


Ross

4141 Hill Rd



City of Portsmouth
Health Department
605 Washington Street
Portsmouth, OH 45662
(740) 353-5153

## CITY OF PORTSMOUTH RENTAL DWELLING INSPECTION CHECKLIST

Site Address: 4141 Hill Road
Owner/Contact:
Phone:

Inspector: Andrew Gedeon
Building Type: Single Family
Alternate Phone:

Date: 02/13/2014
License #: RNT13-000084
Email Address:

### EXTERIOR PREMISES
1. Accessory Structure
2. Trash/Debris, Vehicles, Etc.  — Fail
3. Trees / Grass / Weeds
4. Foundation Walls, Tuckpointing
5. Exterior Walls: Paint / Siding
6. Roofs / Soffit / Fascia
7. Signage
8. Stairs / Porches / Railings
9. Window Screens
10. Exterior Doors
11. Gutters / Stormwater Runoff
12. Trash Cans / Stored
13. Street Numbers
14. Sidewalks / Driveways / Parking
15. Electric Service
16. GFCI Outlets / Lighting

### COMON EGRESS CORRIDOR
17. Door Hardware
18. Operable Windows with Locks
19. Floors / Wall / Ceilings
20. Handrails / Steps
21. Outlets
22. Lighting / Emergency Lighting
23. Smoke Detectors
24. Fire Extinguishers

### INTERIOR
25. Operable Windows with Locks
26. Floors / Wall / Ceilings
27. Outlets
28. Lighting
29. Smoke Detectors
30. Carbon monoxide detector

### KITCHEN / DINING
31. Door Hardware
32. Operable Windows with Locks
33. Floors / Wall / Ceilings
34. Water Supply Lines
35. Refrigerator / Stove
36. Cabinets / Tops / Shelving
37. GFCI Outlets
38. Lighting
39. Fire Extinguisher
40. Sink / Fixtures
41. Hood Vent
42. Pest Infestation

### HALLWAYS
43. Floors / Wall / Ceilings
44. Outlets
45. Lighting
46. Smoke Detectors

### LAUNDRY
47. Floors / Wall / Ceilings
48. Dryer Vent
49. Washer Drain
50. Outlets
51. Lighting

### BASEMENT / MECHANICALS
52. Floors / Wall / Ceilings
53. Damp Free
54. Handrails / Steps
55. Water Supply Lines
56. Hot Water Tank  — Fail
57. Sump Pump
58. HVAC System
59. Electric Service Panel
60. GFCI Outlets
61. Smoke Detectors
62. Fire Suppression Insp

### BEDROOMS
(location)  1  2  3
63. Door Hardware
64. Operable Windows with Locks
65. Floors / Wall / Ceilings
66. Window Size / Egress
67. Room Size
68. Outlets
69. Lighting
70. Smoke Detectors Room 1  — Fail Fail

### BATHROOMS
(location)  1 2 3
71. Door Hardware Room 1
72. Floors / Wall / Ceilings Room 1
73. Exhaust Fan Room 1
74. Water Supply Lines Room 1
75. Sink Room 1
76. Water Closet Room 1
77. Tub / Shower Room 1
78. Cabinets / CTs Room 1
79. GFCI Outlets Room 1
80. Lighting Room 1

### OTHER:

### COMMENTS:
LAB
2. Debris in rear yard - remove
56. Pressure relief pipe missing - replace
70. 2 bedroom smoke detectors missing - replace

RE-INSPECTION DATE: Time:
Additional Comments:

From: andrew.gedeon@portsmouthoh.org
Sent: 02/18/2014 - 07:51 AM
To: rossbuilt@frontier.com, radiantlady@msn.com
CC:
Subject: Inspection Report



4139 Hill Rd



City of Portsmouth
Health Department
605 Washington Street
Portsmouth, OH 45662
(740) 353-5153

## CITY OF PORTSMOUTH RENTAL DWELLING INSPECTION CHECKLIST

Site Address: 4139 Hill Road
Owner/Contact:
Phone:

Inspector: Andrew Gedeon
Building Type: Single Family
Alternate Phone:

Date: 02/13/2014
License #: RNT13-000085
Email Address:

**EXTERIOR PREMISES**
1. Accessory Structure
2. Trash/Debris, Vehicles, Etc.
3. Trees / Grass / Weeds
4. Foundation Walls, Tuckpointing
5. Exterior Walls: Paint / Siding
6. Roofs / Soffit / Fascia
7. Signage
8. Stairs / Porches / Railings
9. Window Screens
10. Exterior Doors
11. Gutters / Stormwater Runoff
12. Trash Cans / Stored
13. Street Numbers
14. Sidewalks / Driveways / Parking
15. Electric Service
16. GFCI Outlets / Lighting

**COMON EGRESS CORRIDOR**
17. Door Hardware
18. Operable Windows with Locks
19. Floors / Wall / Ceilings
20. Handrails / Steps
21. Outlets
22. Lighting / Emergency Lighting
23. Smoke Detectors
24. Fire Extinguishers

**INTERIOR**
25. Operable Windows with Locks
26. Floors / Wall / Ceilings
27. Outlets
28. Lighting
29. Smoke Detectors
30. Carbon monoxide detector

**KITCHEN / DINING**
31. Door Hardware
32. Operable Windows with Locks
33. Floors / Wall / Ceilings
34. Water Supply Lines
35. Refrigerator / Stove
36. Cabinets / Tops / Shelving
37. GFCI Outlets
38. Lighting
39. Fire Extinguisher
40. Sink / Fixtures
41. Hood Vent
42. Pest Infestation

**HALLWAYS**
43. Floors / Wall / Ceilings
44. Outlets
45. Lighting
46. Smoke Detectors

**LAUNDRY**
47. Floors / Wall / Ceilings
48. Dryer Vent
49. Washer Drain
50. Outlets
51. Lighting

**BASEMENT / MECHANICALS**
52. Floors / Wall / Ceilings
53. Damp Free
54. Handrails / Steps
55. Water Supply Lines
56. Hot Water Tank
57. Sump Pump
58. HVAC System
59. Electric Service Panel
60. GFCI Outlets
61. Smoke Detectors
62. Fire Suppression Insp

**BEDROOMS**
(location)    1 2 3
63. Door Hardware
64. Operable Windows with Locks
65. Floors / Wall / Ceilings
66. Window Size / Egress
67. Room Size
68. Outlets
69. Lighting
70. Smoke Detectors Room 1    Fail

**BATHROOMS**
(location)    1 2 3
71. Door Hardware Room 1
72. Floors / Wall / Ceilings Room 1
73. Exhaust Fan Room 1
74. Water Supply Lines Room 1
75. Sink Room 1
76. Water Closet Room 1
77. Tub / Shower Room 1
78. Cabinets / CTs Room 1
79. GFCI Outlets Room 1
80. Lighting Room 1

**OTHER:**

**COMMENTS:**
LAB
70. Smoke detector missing in bedroom - replace

RE-INSPECTION DATE: Time:
Additional Comments: